1. Karl R. Morthole, CASB# 112565
   LAW OFFICES OF KARL R. MORTHOLE
2. 57 Post Street, Suite 801
   San Francisco, California 94104
3. Telephone:    (415) 986-0227
   Facsimile:     (415) 986-1734
4. Email:         karl@mortholelaw.com

5. Attorneys for Plaintiffs
   BRUCE A. BURROWS and
6. JAMES A. ROESSLER

7. --

8. Thomas M. Downey, CASB# 142096
   Derek H. Lim, CASB# 209496
9. BURNHAM BROWN
   A Professional Law Corporation
10. P.O. Box 119
    Oakland, California 94604

11. 1901 Harrison Street, 11th Floor
12. Oakland, California 94612
    Telephone:    (510) 444-6800
13. Facsimile:     (510) 835-6666
    Email:         tdowney@burnhambrown.com
14.                dlim@burnhambrown.com

15. Attorneys for Defendants
    DWIGHT W. PERRY and CARLTON L. PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>　　　　　Defendants. | No. C 07-05354 MHP<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS DWIGHT W. PERRY AND CARLTON L. PERRY TO RESPOND TO PLAINTIFFS BRUCE A. BURROWS AND JAMES A. ROESSLER'S COMPLAINT**<br><br>Complaint Filed: October 19, 2007<br>Trial Date: None Set |

///

1. Plaintiffs Bruce A. Burrows and James A. Roessler (collectively "Plaintiffs") and Defendants Dwight W. Perry and Carlton L. Perry (collectively "Defendants") hereby stipulate by and through their undersigned counsel of record to extend the time for Defendants to respond to Plaintiffs' Complaint.

2. Defendants have not previously requested an extension of time to respond to Plaintiffs' Complaint. Following Defendants agreement to waive service of Summons, Defendants' response to Plaintiffs' Complaint became due on December 25, 2007. The parties hereby stipulate to and agree to an extension of time for Defendants to respond to Plaintiffs' Complaint. Defendants will now have up to and including January 7, 2008 to file a response to Plaintiffs' Complaint.

DATED: December 18, 2007          LAW OFFICES OF KARL R. MORTHOLE

By _____
KARL R. MORTHOLE
Attorneys for Plaintiffs
BRUCE A. BURROWS and
JAMES A. ROESSLER

DATED: December 18, 2007          BURNHAM | BROWN

By _____
DEREK H. LIM
Attorneys for Defendants
DWIGHT W. PERRY and
CARLTON L. PERRY