**GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant NAM SUN PARK
and SEUNG HEE PARK.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>v.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK and SEUNG HEE PARK.<br><br>Defendants | Case No. C 07 5354 MHP<br><br>COMPLAINT FILED:   10/19/07<br>TRIAL DATE:         None Set<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR DEFENDANTS NAM SUN PARK AND SEUNG HEE PARK TO RESPOND TO THE COMPLAINT** |

///
///
///
///
///
///

IT IS HEREBY STIPULATED by the parties, through their attorneys of record, that the

1

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR DEFENDANTS
NAM SUN PARK AND SEUNG HEE PARK TO RESPOND TO THE COMPLAINT

time for Defendants, Nam Sun Park and Seung Hee Park, to respond to the Complaint shall be extended to January 7, 2008.

Dated: 12-18-07

GREBEN & ASSOCIATES

JAN A. GREBEN
JENNA L. MOTOLA
Counsel for Defendants NAM SUN PARK
and SEUNG HEE PARK

Dated: 12/18/07

LAW OFFICES OF KARL R. MORTHOLE

KARL R. MORTHOLE
Counsel for Plaintiffs BRUCE A.
BURROWS and JAMES A. ROESSLER

**IT IS SO ORDERED.**

Dated:

HONORABLE MARILYN HALL PATEL
United States District Court Judge

2
STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR DEFENDANTS
NAM SUN PARK AND SEUNG HEE PARK TO RESPOND TO THE COMPLAINT