**GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant NAM SUN PARK
and SEUNG HEE PARK.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>Plaintiffs,<br><br>v.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK and SEUNG HEE PARK.<br>Defendants | Case No. C 07 5354 MHP<br><br>COMPLAINT FILED: 10/19/07<br>TRIAL DATE: None Set<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR DEFENDANTS NAM SUN PARK AND SEUNG HEE PARK TO RESPOND TO THE COMPLAINT** |

///
///
///
///
///
///

IT IS HEREBY STIPULATED by the parties, through their attorneys of record, that the

1
STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR DEFENDANTS
NAM SUN PARK AND SEUNG HEE PARK TO RESPOND TO THE COMPLAINT

1  time for Defendants, Nam Sun Park and Seung Hee Park, to respond to the Complaint shall be
2  extended to January 7, 2008.

5  Dated: 12-18-07

GREBEN & ASSOCIATES

JAN A. GREBEN
JENNA L. MOTOLA
Counsel for Defendants NAM SUN PARK
and SEUNG HEE PARK

12 Dated: 12/18/07

LAW OFFICES OF KARL R. MORTHOLE

KARL R. MORTHOLE
Counsel for Plaintiffs BRUCE A.
BURROWS and JAMES A. ROESSLER

19  **IT IS SO ORDERED.**

21  Dated: 12/21/2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR DEFENDANTS
NAM SUN PARK AND SEUNG HEE PARK TO RESPOND TO THE COMPLAINT