Thomas M. Downey, CASB No. 142096
Derek H. Lim, CASB No. 209496
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:      (510) 444-6800
Facsimile:      (510) 835-6666
Email:          tdowney@burnhambrown.com
                dlim@burnhambrown.com

Attorneys for Defendants
DWIGHT W. PERRY and CARLTON L. PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>              Plaintiffs,<br><br>v.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK and SEUNG HEE PARK,<br><br>              Defendants. | No.      C 07-05354 MHP<br><br>ANSWER OF DEFENDANTS DWIGHT W. PERRY AND CARLTON L. PERRY TO COMPLAINT<br><br>Complaint Filed: October 19, 2007 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Defendants Dwight W. Perry and Carlton L. Perry (collectively "Defendants") hereby

2 respond to Plaintiffs Bruce A. Burrows and James A. Roessler's (collectively ("Plaintiffs")

3 Complaint ("Complaint") as follows:

4    1.    Defendants deny generally and specifically, each and every allegation, matter and

5 thing contained in Plaintiffs' Complaint, except as hereinafter expressly admitted, alleged or

6 qualified.

7    2.    Answering Paragraph 1 of the Complaint, Defendants are without sufficient

8 knowledge or information to form a belief as to the truth of the allegations contained in said

9 paragraph, and on that basis deny each and every allegation contained therein.

10    3.    Answering Paragraph 2 of the Complaint, Defendants deny that they permitted

11 and/or caused perchloroethylene or other dry cleaning chemicals that are allegedly hazardous to

12 human health and the environment to be released into the soil and groundwater at the property

13 and/or areas surrounding the property.  Defendants are without sufficient knowledge or

14 information to form a belief as to the truth of the remaining allegations contained in said

15 paragraph, and on that basis deny each and every allegation contained therein.

16    4.    Answering Paragraph 3 of the Complaint, Defendants are without sufficient

17 knowledge or information to form a belief as to the truth of the allegations contained in said

18 paragraph, and on that basis deny each and every allegation contained therein.

19    5.    Answering Paragraph 4 of the Complaint, Defendants are without sufficient

20 knowledge or information to form a belief as to the truth of the allegations contained in said

21 paragraph, and on that basis deny each and every allegation contained therein.

22    6.    Answering Paragraph 5 of the Complaint, Defendants are without sufficient

23 knowledge or information to form a belief as to the truth of the allegations contained in said

24 paragraph, and on that basis deny each and every allegation contained therein.

25    7.    Answering Paragraph 6 of the Complaint, Defendants admit that they have

26 received correspondence from Plaintiffs relating to alleged environmental issues at the property.

27 Defendants deny that they are responsible for the costs of the investigation and clean up or that

28 they are the "actual dischargers."  Defendants are without sufficient knowledge or information to

1  form a belief as to the truth of the remaining allegations contained in said paragraph, and on that

2  basis deny each and every allegation contained therein.

3       8.      Answering Paragraph 7 of the Complaint, Defendants are without sufficient

4  knowledge or information to form a belief as to the truth of the allegations contained in said

5  paragraph, and on that basis deny each and every allegation contained therein.

6       9.      Answering Paragraph 8 of the Complaint, Defendants deny the allegations that

7  they engaged in "polluting activities."   Defendants are without sufficient knowledge or

8  information to form a belief as to the truth of the allegations contained in said paragraph, and on

9  that basis deny each and every allegation contained therein.

10      10.     Answering Paragraph 9 of the Complaint, Defendants are without sufficient

11  knowledge or information to form a belief as to the truth of the remaining allegations contained

12  in said paragraph, and on that basis deny each and every allegation contained therein.

13      11.     Answering Paragraph 10 of the Complaint, Defendants deny that they caused

14  contamination and/or a release of hazardous substances at the subject property.  Defendants are

15  without sufficient knowledge or information to form a belief as to the truth of the remaining

16  allegations contained in said paragraph, and on that basis deny each and every allegation

17  contained therein.

18                                    PARTIES

19      12.     Answering Paragraph 11 of the Complaint, Defendants are without sufficient

20  knowledge or information to form a belief as to the truth of the allegations contained in said

21  paragraph, and on that basis deny each and every allegation contained therein.

22      13.     Answering Paragraph 12 of the Complaint, Defendants are without sufficient

23  knowledge or information to form a belief as to the truth of the allegations contained in said

24  paragraph, and on that basis deny each and every allegation contained therein.

25      14.     Answering Paragraph 13 of the Complaint, Defendants admit that Dwight Perry

26  is a natural person that currently resides in Castro Valley, California.   Defendants admit that he

27  operated dry cleaning business from approximately August 1985 until approximately July 1994.

28  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

1    allegations contained in said paragraph, and on that basis deny each and every allegation

2    contained therein.

3        15.    Answering Paragraph 14 of the Complaint, Defendants admit that Carlton Perry

4    is a natural person that currently resides in Oregon.  Defendants admit that he operated dry

5    cleaning business from approximately August, 1985 until approximately July 1994.  Defendants

6    are without sufficient knowledge or information to form a belief as to the truth of the allegations

7    contained in said paragraph, and on that basis deny each and every allegation contained therein.

8        16.    Answering Paragraph 15 of the Complaint, Defendants are without sufficient

9    knowledge or information to form a belief as to the truth of the allegations contained in said

10   paragraph, and on that basis deny each and every allegation contained therein.

11       17.    Answering Paragraph 16 of the Complaint, Defendants are without sufficient

12   knowledge or information to form a belief as to the truth of the allegations contained in said

13   paragraph, and on that basis deny each and every allegation contained therein.

14       18.    Answering Paragraph 17 of the Complaint, Defendants are without sufficient

15   knowledge or information to form a belief as to the truth of the allegations contained in said

16   paragraph, and on that basis deny each and every allegation contained therein.

17       19.    Answering Paragraph 18 of the Complaint, Defendants are without sufficient

18   knowledge or information to form a belief as to the truth of the allegations contained in said

19   paragraph, and on that basis deny each and every allegation contained therein.

20       20.    Answering Paragraph 19 of the Complaint, Defendants are without sufficient

21   knowledge or information to form a belief as to the truth of the allegations contained in said

22   paragraph, and on that basis deny each and every allegation contained therein.

23       21.    Answering Paragraph 20 of the Complaint, Defendants are without sufficient

24   knowledge or information to form a belief as to the truth of the allegations contained in said

25   paragraph, and on that basis deny each and every allegation contained therein.

26       22.    Answering Paragraph 21 of the Complaint, Defendants are without sufficient

27   knowledge or information to form a belief as to the truth of the allegations contained in said

28   paragraph, and on that basis deny each and every allegation contained therein.

JURISDICTION, VENUE AND INTRADISTRICT ASSIGNMENT

23.     Answering Paragraph 22 of the Complaint, Defendants admit that the Complaint contains allegations based on the federal Comprehensive Environmental Response, Compensation, and Liability Act.  The validity of these allegations and Plaintiffs' standing to assert a cause of action pursuant to the identified statute is undetermined.  As such, it is unclear whether the Court has jurisdiction over the subject matter of this action and/or the state claims asserted by Plaintiffs.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

24.     Answering Paragraph 23 of the Complaint, Defendants state that it remains unclear whether or not the Court has jurisdiction over the subject matter of this action or the state claims asserted by Plaintiffs.  Defendants, however, admit that the subject property is located in Alameda County.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

GENERAL ALLEGATIONS

25.     Answering Paragraph 24 of the Complaint, Defendants are informed and believe that there is a Shopping Center Lease Agreement (1985 Lease) dated April 3, 1985 relating to 7272 San Ramon Road in Dublin, CA.  A copy of the 1985 Lease is not attached to the Complaint.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

26.     Answering Paragraph 25 of the Complaint, Defendants are informed and believe that there is a 1985 Lease dated April 3, 1985.  A copy of the 1985 Lease is not attached to the Complaint.  Defendants are informed and believe that Carlton L. Perry and Dwight W. Perry executed a lease agreement with Dublin Town & Country Associates.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

27.    Answering Paragraph 26 of the Complaint, Defendants admit that they were general partners in Crow Canyon Dry Cleaners from approximately 1985 to July 1994.

28.    Answering Paragraph 27 of the Complaint, Defendants are informed and believe that there is a 1985 Lease dated April 3, 1985. A copy of the 1985 Lease is not attached to the Complaint. On information and belief, Defendants believe that initial term of the 1985 Lease was ten years. Further, Defendants are informed and believe that there was an addendum to the 1985 lease that included an option to extend the lease for five years. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

29.    Answering Paragraph 28 of the Complaint, Defendants are informed and believe that there is a 1985 Lease dated April 3, 1985. A copy of the 1985 Lease is not attached to the Complaint. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny the remaining allegations contained therein

30.    Answering Paragraph 29 of the Complaint, Defendants are informed and believe that there is a 1985 Lease dated April 3, 1985. A copy of the 1985 Lease is not attached to the Complaint. Defendants believe that Plaintiffs have restated the "Use of Leased Premises" section in the 1985 Lease. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

31.    Answering Paragraph 30 of the Complaint, Defendants are informed and believe that there is a 1985 Lease dated April 3, 1985. A copy of the 1985 Lease is not attached to the Complaint. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

32.    Answering Paragraph 31 of the Complaint, Defendants are informed and believe that there is a 1985 Lease dated April 3, 1985. A copy of the 1985 Lease is not attached to the Complaint. Defendants believe that Plaintiffs have attempted to restate only limited portions of

1    Section 11 subparagraph (B) of the 1985 Lease.  Defendants are without sufficient knowledge or

2    information to form a belief as to the truth of the allegations contained in said paragraph, and on

3    that basis deny each and every allegation contained therein.

4    33.    Answering Paragraph 32 of the Complaint, Defendants are informed and believe

5    that there is a 1985 Lease dated April 3, 1985.  A copy of the 1985 Lease is not attached to the

6    Complaint.  Defendants believe that Plaintiffs have attempted to restate only a limited portion of

7    Section 11 of subparagraph (C) of the 1985 Lease.  Defendants are without sufficient knowledge

8    or information to form a belief as to the truth of the allegations contained in said paragraph, and

9    on that basis deny each and every allegation contained therein.

10    34.    Answering Paragraph 33 of the Complaint, Defendants are informed and believe

11    that there is a 1985 Lease dated April 3, 1985.  A copy of the 1985 Lease is not attached to the

12    Complaint.  Defendants believe that Plaintiffs have attempted to restate only limited portions of

13    Section 17 of the 1985 Lease.  Defendants are without sufficient knowledge or information to

14    form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny

15    each and every allegation contained therein.

16    35.    Answering Paragraph 34 of the Complaint, Defendants are informed and believe

17    that there is a 1985 Lease dated April 3, 1985.  A copy of the 1985 Lease is not attached to the

18    Complaint.  Defendants believe that Plaintiffs have attempted to restate only limited portions of

19    Section 20 subparagraph D of the 1985 Lease.  Defendants are without sufficient knowledge or

20    information to form a belief as to the truth of the allegations contained in said paragraph, and on

21    that basis deny each and every allegation contained therein.

22    36.    Answering Paragraph 35 of the Complaint, Defendants are informed and believe

23    that there is a 1985 Lease dated April 3, 1985.  A copy of the 1985 Lease is not attached to the

24    Complaint.  Defendants believe that Plaintiffs have attempted to restate only limited portions of

25    Section 32 subparagraph B of the 1985 Lease.  Defendants are without sufficient knowledge or

26    information to form a belief as to the truth of the allegations contained in said paragraph, and on

27    that basis deny each and every allegation contained therein.

28

37.     Answering Paragraph 36 of the Complaint, Defendants are informed and believe that there is a 1985 Lease dated April 3, 1985.  A copy of the 1985 Lease is not attached to the Complaint.  Defendants believe that Plaintiffs have attempted to restate Section 32 subparagraph C of the 1985 Lease in its entirety.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

38.     Answering Paragraph 37 of the Complaint, Defendants are informed and believe that there is a 1985 Lease dated April 3, 1985.  A copy of the 1985 Lease is not attached to the Complaint.  Defendants believe that Plaintiffs have attempted to restate only portions of the extension.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

History of the Property – The Lee Tenancy

39.     Answering Paragraph 38 of the Complaint, Defendants are informed and believe that there is a 1985 Lease dated April 3, 1985.  A copy of the 1985 Lease is not attached to the Complaint.  Despite the foregoing, Defendants admit that they and Kwang Suk Lee and Kui Ja Lee executed an "Assignment" on August 8, 1994 relating to the 1985 Lease and the property located at 7242 San Ramon Road, Dublin, CA.  A representative from Dublin Town and Country Associates consented to the assignment.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

History of the Property – The Park Tenancy

40.     Answering Paragraph 39 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

Defendants' Activities at The Property

41.     Answering Paragraph 40 of the Complaint, Defendants admit that they operated the cleaners from approximately August 1985 to July 1994.  Defendants are without sufficient

1   knowledge or information to form a belief as to the truth of the allegations contained in said

2   paragraph, and on that basis deny each and every allegation contained therein.

3       42.     Answering Paragraph 41 of the Complaint, Defendants are without sufficient

4   knowledge or information to form a belief as to the truth of the allegations contained in said

5   paragraph, and on that basis deny each and every allegation contained therein.

6       43.     Answering Paragraph 42 of the Complaint, Defendants are without sufficient

7   knowledge or information to form a belief as to the truth of the allegations contained in said

8   paragraph, and on that basis deny each and every allegation contained therein.

9       44.     Answering Paragraph 43 of the Complaint, Defendants are without sufficient

10  knowledge or information to form a belief as to the truth of the allegations contained in said

11  paragraph, and on that basis deny each and every allegation contained therein.

12      45.     Answering Paragraph 44 of the Complaint, Defendants are without sufficient

13  knowledge or information to form a belief as to the truth of the allegations contained in said

14  paragraph, and on that basis deny each and every allegation contained therein.

15      46.     Answering Paragraph 45 of the Complaint, Defendants are without sufficient

16  knowledge or information to form a belief as to the truth of the allegations contained in said

17  paragraph, and on that basis deny each and every allegation contained therein.

18      47.     Answering Paragraph 46 of the Complaint, Defendants are without sufficient

19  knowledge or information to form a belief as to the truth of the allegations contained in said

20  paragraph, and on that basis deny each and every allegation contained therein.

21      48.     Answering Paragraph 47 of the Complaint, Defendants are without sufficient

22  knowledge or information to form a belief as to the truth of the allegations contained in said

23  paragraph, and on that basis deny each and every allegation contained therein.

24      49.     Answering Paragraph 48 of the Complaint, Defendants are without sufficient

25  knowledge or information to form a belief as to the truth of the allegations contained in said

26  paragraph, and on that basis deny each and every allegation contained therein.

27

28

Discovery of Contamination

50.     Answering Paragraph 49 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

51.     Answering Paragraph 50 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

52.     Answering Paragraph 51 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

53.     Answering Paragraph 52 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

54.     Answering Paragraph 53 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

55.     Answering Paragraph 54 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

56.     Answering Paragraph 55 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

57.     Answering Paragraph 56 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

58.     Answering Paragraph 57 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

59.     Answering Paragraph 58 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

60.     Answering Paragraph 59 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

61.     Answering Paragraph 60 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

62.     Answering Paragraph 61 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

63.     Answering Paragraph 62 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

64.     Answering Paragraph 63 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

65.     Answering Paragraph 64 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

<u>Plaintiffs' Efforts To Ensure Response by All Responsible Parties</u>

66.     Answering Paragraph 65 of the Complaint, Defendants deny that they are a potentially responsible party that caused a release of contamination at the property.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

67.     Answering Paragraph 66 of the Complaint, Defendants deny that they are a potentially responsible party that caused a release of contamination at the property.  Defendants

are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

68.    Answering Paragraph 67 of the Complaint, Defendants deny that they are a PRP. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

Compliance with the National Contingency Plan and Applicable State Equivalents

69.    Answering Paragraph 68 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

Defendants' Refusal To Fund Investigation and Clean-up Activities

70.    Answering Paragraph 69 of the Complaint, Defendants deny that they are responsible for any investigation or clean up costs at the property or the surrounding area. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

71.    Answering Paragraph 70 of the Complaint, Defendants deny that they are responsible for any investigation or response costs at the property.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

FIRST CLAIM FOR RELIEF

(CERCLA SECTION 107(A) FOR NECESSARY COSTS OF RESPONSE)

72.    Answering Paragraph 71 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

73.    Answering Paragraph 72 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

74. Answering Paragraph 73 of the Complaint, Defendants deny that they are responsible for the release of any hazardous substances at the property. Further, Defendants deny that they are liable under 42 U.S.C. §9607(a). Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

75. Answering Paragraph 74 of the Complaint, Defendants deny that they are responsible for the release of any hazardous substances at the property. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

76. Answering Paragraph 75 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

77. Answering Paragraph 76 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

78. Defendants deny the allegations in Paragraph 77 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

79. Defendants deny the allegations in Paragraph 78 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

SECOND CLAIM FOR RELIEF

(HSAA SECTIONS §§ 25363 & 25399)

80. Answering Paragraph 79 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

81. Defendants deny the allegations in Paragraph 80 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

82. Defendants deny the allegations in Paragraph 81 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

83.     Answering Paragraph 82 of the Complaint, Defendants deny that their operations/activities at the property released hazardous substances that require investigation, clean up and/or abatement.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

84.     Answering Paragraph 83 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

85.     Answering Paragraph 84 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

THIRD CLAIM FOR RELIEF

(PUBLIC NUISANCE)

86.     Answering Paragraph 85 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

87.     Defendants deny the allegations in Paragraph 86 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

88.     Answering Paragraph 87 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

89.     Answering Paragraph 88 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

90.     Defendants deny the allegations in Paragraph 89 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

91.     Defendants deny the allegations in Paragraph 90 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

1     92.    Defendants deny the allegations in Paragraph 91 of the Complaint as to

2     Defendants Dwight W. Perry and Carlton L. Perry.

3     93.    Defendants deny the allegations in Paragraph 92 of the Complaint as to

4     Defendants Dwight W. Perry and Carlton L. Perry.

5     94.    Defendants deny the allegations in Paragraph 93 of the Complaint as to

6     Defendants Dwight W. Perry and Carlton L. Perry.

7                            FOURTH CLAIM FOR RELIEF

8                              (CONTINUING NUISANCE)

9     95.    Answering Paragraph 94 of the Complaint, Defendants are without sufficient

10    knowledge or information to form a belief as to the truth of the remaining allegations contained

11    in said paragraph, and on that basis deny each and every allegation contained therein.

12    96.    Defendants deny the allegations in Paragraph 95 of the Complaint.

13    97.    Answering Paragraph 96 of the Complaint, Defendants are without sufficient

14    knowledge or information to form a belief as to the truth of the remaining allegations contained

15    in said paragraph, and on that basis deny each and every allegation contained therein.

16    98.    Answering Paragraph 97 of the Complaint, Defendants are without sufficient

17    knowledge or information to form a belief as to the truth of the remaining allegations contained

18    in said paragraph, and on that basis deny each and every allegation contained therein.

19    99.    Answering Paragraph 98 of the Complaint, Defendants are without sufficient

20    knowledge or information to form a belief as to the truth of the remaining allegations contained

21    in said paragraph, and on that basis deny each and every allegation contained therein.

22    100.    Defendants deny the allegations in Paragraph 99 of the Complaint as to

23    Defendants Dwight W. Perry and Carlton L. Perry.

24    101.    Defendants deny the allegations in Paragraph 100 of the Complaint as to

25    Defendants Dwight W. Perry and Carlton L. Perry.

26    102.    Defendants deny the allegations in Paragraph 101 of the Complaint as to

27    Defendants Dwight W. Perry and Carlton L. Perry.

28    103.    Defendants deny the allegations in Paragraph 102 of the Complaint as to

1     Defendants Dwight W. Perry and Carlton L. Perry.

2          104.     Defendants deny the allegations in Paragraph 103 of the Complaint as to

3     Defendants Dwight W. Perry and Carlton L. Perry.

4          105.     Defendants deny the allegations in Paragraph 104 of the Complaint as to

5     Defendants Dwight W. Perry and Carlton L. Perry.

6                              FIFTH CLAIM FOR RELIEF

7                              (CONTINUING TRESPASS)

8                        [AGAINST THE PERRYS AND THE LEES]

9          106.     Answering Paragraph 105 of the Complaint, Defendants are without sufficient

10    knowledge or information to form a belief as to the truth of the remaining allegations contained

11    in said paragraph, and on that basis deny each and every allegation contained therein.

12         107.     Defendants deny the allegations in Paragraph 106 of the Complaint as to

13    Defendants Dwight W. Perry and Carlton L. Perry.

14         108.     Defendants deny the allegations in Paragraph 107 of the Complaint as to

15    Defendants Dwight W. Perry and Carlton L. Perry.

16         109.     Defendants deny the allegations in Paragraph 108 of the Complaint as to

17    Defendants Dwight W. Perry and Carlton L. Perry.

18         110.     Defendants deny the allegations in Paragraph 109 of the Complaint as to

19    Defendants Dwight W. Perry and Carlton L. Perry.

20         111.     Defendants deny the allegations in Paragraph 110 of the Complaint as to

21    Defendants Dwight W. Perry and Carlton L. Perry.

22                             SIXTH CLAIM FOR RELIEF

23                                 (NEGLIGENCE)

24         112.     Answering Paragraph 111 of the Complaint, Defendants are without sufficient

25    knowledge or information to form a belief as to the truth of the remaining allegations contained

26    in said paragraph, and on that basis deny each and every allegation contained therein.

27         113.     Answering Paragraph 112 of the Complaint, Defendants are without sufficient

28    knowledge or information to form a belief as to the truth of the remaining allegations contained

1  in said paragraph, and on that basis deny each and every allegation contained therein.

2        114.    Defendants deny the allegations in Paragraph 113 of the Complaint as to

3  Defendants Dwight W. Perry and Carlton L. Perry.

4        115.    Answering Paragraph 114 of the Complaint, Defendants are without sufficient

5  knowledge or information to form a belief as to the truth of the remaining allegations contained

6  in said paragraph, and on that basis deny each and every allegation contained therein.

7        116.    Defendants deny the allegations in Paragraph 115 of the Complaint as to

8  Defendants Dwight W. Perry and Carlton L. Perry.

9        117.    Answering Paragraph 116 of the Complaint, Defendants deny that they were

10  negligent.  Defendants are without sufficient knowledge or information to form a belief as to the

11  truth of the remaining allegations contained in said paragraph, and on that basis deny each and

12  every allegation contained therein.

13        118.    Defendants deny the allegations in Paragraph 117 of the Complaint as to

14  Defendants Dwight W. Perry and Carlton L. Perry.

15        119.    Defendants deny the allegations in Paragraph 118 of the Complaint as to

16  Defendants Dwight W. Perry and Carlton L. Perry.

17  SEVENTH CLAIM FOR RELIEF

18  (NEGLIGENCE PER SE)

19        120.    Answering Paragraph 119 of the Complaint, Defendants are without sufficient

20  knowledge or information to form a belief as to the truth of the remaining allegations contained

21  in said paragraph, and on that basis deny each and every allegation contained therein.

22        121.    Answering Paragraph 120 of the Complaint, Defendants state that the allegations

23  are vague, ambiguous and overbroad.  As such, absent additional specificity, Defendants are

24  without sufficient knowledge or information to form a belief as to the truth of the allegations

25  contained in said paragraph, and on that basis deny each and every allegation contained therein.

26        122.    Defendants deny the allegations in Paragraph 121 of the Complaint as to

27  Defendants Dwight W. Perry and Carlton L. Perry.

28        123.    Answering Paragraph 122 of the Complaint, Defendants state that the allegations

1   are vague, ambiguous and overbroad. As such, absent additional specificity, Defendants are

2   without sufficient knowledge or information to form a belief as to the truth of the allegations

3   contained in said paragraph, and on that basis deny each and every allegation contained therein.

4           124.    Defendants deny the allegations in Paragraph 123 of the Complaint as to

5   Defendants Dwight W. Perry and Carlton L. Perry.

6           125.    Defendants deny the allegations in Paragraph 124 of the Complaint as to

7   Defendants Dwight W. Perry and Carlton L. Perry.

8           126.    Defendants deny the allegations in Paragraph 125 of the Complaint as to

9   Defendants Dwight W. Perry and Carlton L. Perry.

10                              EIGHTH CLAIM FOR RELIEF

11                          (BREACH/ENFORCEMENT OF LEASE)

12          127.    Answering Paragraph 126 of the Complaint, Defendants are without sufficient

13  knowledge or information to form a belief as to the truth of the remaining allegations contained

14  in said paragraph, and on that basis deny each and every allegation contained therein.

15          128.    Defendants deny the allegations in Paragraph 127 of the Complaint as to

16  Defendants Dwight W. Perry and Carlton L. Perry.

17          129.    Defendants deny the allegations in Paragraph 128 of the Complaint as to

18  Defendants Dwight W. Perry and Carlton L. Perry.

19          130.    Defendants deny the allegations in Paragraph 129 of the Complaint as to

20  Defendants Dwight W. Perry and Carlton L. Perry.

21          131.    Defendants deny the allegations in Paragraph 130 of the Complaint as to

22  Defendants Dwight W. Perry and Carlton L. Perry.

23          132.    Answering Paragraph 131 of the Complaint, Defendants deny that they caused

24  the contamination of soil, soil gas and groundwater at or near the property. As such, there is no

25  requirement that these answering defendants hold the landlord harmless and indemnified in this

26  instance. Defendants are without sufficient knowledge or information to form a belief as to the

27  truth of the remaining allegations contained in said paragraph, and on that basis deny each and

28  every allegation contained therein.

NINTH CLAIM FOR RELIEF

(WASTE)

133.     Answering Paragraph 132 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

134.     Defendants deny the allegations in Paragraph 133 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

135.     Defendants deny the allegations in Paragraph 134 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

136.     Defendants deny the allegations in Paragraph 135 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

TENTH CLAIM FOR RELIEF

(EQUITABLE AND IMPLIED INDEMNITY AND CONTRIBUTION)

137.     Answering Paragraph 136 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

138.     Defendants deny the allegations in Paragraph 137 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

139.     Defendants deny the allegations in Paragraph 138 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

140.     Answering Paragraph 139 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

141.     Defendants deny the allegations in Paragraph 140 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

142.     Defendants deny the allegations in Paragraph 141 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

ELEVENTH CLAIM FOR RELIEF

(DECLARATORY RELIEF)

143.    Answering Paragraph 142 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

144.    Defendants deny the allegations in Paragraph 143 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

145.    Answering Paragraph 144 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

146.    Defendants admit the allegations in Paragraph 145 of the Complaint as to Defendants Dwight W. Perry and Carlton L. Perry.

147.    Defendants admit that a judicial determination is necessary and appropriate at this time between these answering Defendants and Plaintiffs.

AFFIRMATIVE DEFENSES

As a first affirmative defense to each cause of action of the Complaint, the Complaint fails to state a cause of action upon which relief can be granted.

As a second affirmative defense to each cause of action of the Complaint, Plaintiffs' Complaint and causes of action therein are barred by the applicable statute of limitations, including but not limited to 42 U.S.C. section 9613; California Health and Safety Code Sectio 25360.4 and 25399, California Code of Civil Procedure sections 337 and 338.

As a third affirmative defense to each cause of action of the Complaint, Plaintiff was partially, if not wholly, negligent or otherwise at fault on its own part and should be barred from recovery of that portion of the damages directly attributable to its proportionate share of the negligence or fault, pursuant to the doctrine of comparative negligence.

As a fourth affirmative defense to each cause of action of the Complaint, the damages sustained by Plaintiff, if any, were caused, in whole or in part, by the negligence or fault of others for which Defendant was not liable or responsible.

As a fifth affirmative defense to each cause of action of the Complaint, Defendant alleges that Plaintiff assumed whatever risk or hazard, if any, that existed at the time and place set forth in Plaintiff's Complaint, and said assumption of risk or hazard is imputed to said Plaintiff.

As a sixth affirmative defense to each cause of action of the Complaint, there is a defect or misjoinder of parties pursuant to California Code of Civil Procedure 430.10(d) and Federal Rule of Civil Procedure Rules 19-22.  Specifically, Plaintiff failed to join all parties necessary for final determination of this action.

As a seventh affirmative defense to each cause of action of the Complaint, Plaintiff has failed to mitigate its damages.

As an eighth affirmative defense to each cause of action of the Complaint, Plaintiff's Complaint, and each cause of action therein, is barred by the doctrine of laches.

As a ninth affirmative defense to each cause of action of the Complaint, Plaintiff's Complaint, and each cause of action therein, is barred by the doctrine of unclean hands.

As a tenth affirmative defense, Plaintiffs' cause of action are barred on the grounds that the alleged assignment of rights is void for want of any consideration.

As an eleventh affirmative defense, Plaintiffs' causes of action, except for breach of the lease, are barred on the grounds that the assignment did not include and or create causes of action beyond the lease at issue.

As a twelfth affirmative defense to each cause of action of the Complaint, Plaintiffs fail to state a claim upon which an award of treble damages can be made.

As a thirteenth affirmative defense to each cause of action of the Complaint, Plaintiffs lack standing to bring the causes of action asserted in the Complaint.

As a fourteenth affirmative defense to each cause of action of the Complaint, Plaintiffs failed to state a claim upon which attorneys fees can be awarded.

As a fifteenth affirmative defense to each cause of action of the Complaint, Defendants allege that Plaintiffs claims are barred by the doctrine of waiver.

As a sixteenth affirmative defense to each cause of action of the Complaint, Defendants allege that Plaintiffs claims are barred by the doctrine of estoppel.

1    As a seventeenth affirmative defense to each cause of action of the Complaint,

2  Defendants allege that Plaintiffs claims are barred by the doctrine of unclean hands.

3    As an eighteenth affirmative defense to each cause of action of the Complaint,

4  Defendants allege that Plaintiffs lack standing for the claims alleged in the Complaint.

5    As a nineteenth affirmative defense to each cause of action of the Complaint, Defendants

6  allege that Plaintiffs lack standing and/or capacity for the claims alleged.

7    As a twentieth affirmative defense to each cause of action of the Complaint, Defendants

8  allege that Plaintiffs have failed to join indispensable parties necessary for the adjudication of

9  this matters alleged.

10    As a twenty-first affirmative defense to each cause of action of the Complaint,

11  Defendants allege that Plaintiffs have failed to join indispensable parties necessary for the

12  adjudication of this matters alleged.

13    As a twenty-second affirmative defense to each cause of action of the Complaint,

14  Defendants allege that Plaintiffs' claims are barred as performance on the alleged contract(s)

15  was impossible.

16    As a twenty-third affirmative defense to each cause of action of the Complaint,

17  Defendants allege that Plaintiffs' claims are barred to the extent such claims are based on an

18  invalid assignment.

19    As a twenty-fourth affirmative defense to each cause of action of the Complaint,

20  Defendants allege that Plaintiffs' claims are barred on the grounds of lack of consideration.

21    As a twenty-fifth affirmative defense to each cause of action of the Complaint,

22  Defendants presently have insufficient knowledge or information on which to form a belief as to

23  whether they may have additional, as yet unstated, defenses available.  Defendants reserve

24  herein the right to assert additional defenses in the event discovery indicates that they would be

25  appropriate.

26  / / /

27  / / /

28  / / /

1

<u>PRAYER</u>

2

WHEREFORE, these answering Defendants pray for judgment as follows:

3

1. That Plaintiffs take nothing by reason of their complaint on file herein;

4

2. For reasonable attorneys fees;

5

3. For costs of suit incurred herein; and

6

4. For such other and further relief as the Court deems just and proper.

7

DATED:  January ___, 2008                    BURNHAM BROWN

8

9

By_____

10

DEREK H. LIM

Attorneys for Defendants

11

DWIGHT W. PERRY and CARLTON L.

PERRY

12

13

840247

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER OF DEFENDANTS DWIGHT PERRY                    23                    No. C 07-05354 MHP
AND CARLTON PERRY TO COMPLAINT