Thomas M. Downey, CASB# 142096
Derek H. Lim, CASB# 209496
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Email:           tdowney@burnhambrown.com
                     dlim@burnhambrown.com

Attorneys for Defendants
DWIGHT W. PERRY and CARLTON L. PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>           Plaintiffs,<br><br>v.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>           Defendants. | No. C 07-05354 MHP<br><br>**DEMAND FOR A JURY TRIAL**<br><br>Complaint Filed: October 19, 2007<br>Trial Date: None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DEMAND FOR A JURY TRIAL                                                           1                                                           No. C 07-05354 MHP

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR
3  RESPECTIVE ATTORNEYS OF RECORD:

   Defendants DWIGHT W. PERRY and CARLTON L. PERRY hereby demand a trial by jury in this action.

   DATED: January 7, 2008             BURNHAM BROWN

                                      _____
                                      DEREK H. LIM
                                      Attorneys for Defendants
                                      DWIGHT W. PERRY and CARLTON L. PERRY

   840601