# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Burrows,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Perry,<br><br>            Defendant(s). | 07-05354 MHP<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-05354 MHP                                      -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: January 16, 2008

                      RICHARD W. WIEKING
                      Clerk
                      by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-05354 MHP                                         -2-

**PROOF OF SERVICE**

Case Name:      Burrows v. Perry

Case Number:    07-05354 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 16, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Karl R. Morthole
> Law Office of Karl R. Morthole
> 57 Post Street
> Suite 801
> San Francisco, CA 94104
> karl@mortholelaw.com
>
> Derek Henry Lim
> Burnham Brown
> 1901 Harrison Street, 11th Floor
> Oakland, CA 94612
> dlim@burnhambrown.com
>
> Kwang Suk Lee
> ,
>
> Kui Ja Lee
> ,
>
> Jan Adam Greben
> Greben & Associates

1332 Anacapa St., Suite 110
Santa Barbara, CA 93101
jan@grebenlaw.com

Bruce A. Burrows

,

James A. Roessler

,

Dublin Town & Country Associates

,

William F. Kartozian

,

Gabriel H. Chui

,

Dwight W. Perry

,

Carlton L. Perry

,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 16, 2008 in San Francisco, California.

                                          RICHARD W. WIEKING
                                          Clerk
                                          by:    Timothy J. Smagacz

                                          ADR Administrative Assistant
                                          415-522-4205
                                          Tim_Smagacz@cand.uscourts.gov