1  Jan A. Greben, CASB# 103464
   GREBEN & ASSOCIATES
2  1332 Anacapa Street, Suite 110
   Santa Barbara, California 93101
3  Telephone:    (805) 963-9090
   Facsimile:    (805) 963-9098
4  Email:        jan@grebenlaw.com

5  Attorneys for Defendants, Cross-Defendants and
   Cross-Claimants NAM SUN PARK and
6  SEUNG HEE PARK

7  --

8  Thomas M. Downey, CASB# 142096
   Derek H. Lim, CASB# 209496
9  BURNHAM BROWN
   A Professional Law Corporation
10 P.O. Box 119
   Oakland, California 94604
11
   1901 Harrison Street, 11th Floor
12 Oakland, California 94612
   Telephone:    (510) 444-6800
13 Facsimile:    (510) 835-6666
   Email:        tdowney@burnhambrown.com
14               dlim@burnhambrown.com

15 Attorneys for Defendants, Cross-Defendants and
   Cross-Claimants DWIGHT W. PERRY and
16 CARLTON L. PERRY

                    UNITED STATES DISTRICT COURT
17
                 NORTHERN DISTRICT OF CALIFORNIA
18
                      SAN FRANCISCO DIVISION
19

20 | BRUCE A. BURROWS and JAMES A. | No. C 07-05354 MHP
   | ROESSLER, |
21 | | **STIPULATION TO EXTEND THE TIME**
   |           Plaintiffs, | **FOR DEFENDANTS, CROSS-**
22 | | **DEFENDANTS AND CROSS-**
   | v. | **CLAIMANTS DWIGHT W. PERRY AND**
23 | | **CARLTON L. PERRY AND NAM SUN**
   | DWIGHT W. PERRY, CARLTON L. | **PARK AND SEUNG HEE PARK TO**
24 | PERRY, KWANG SUK LEE, KUI JA LEE, | **RESPOND TO THE CROSS-CLAIMS**
   | NAM SUN PARK AND SEUNG HEE | **FILED BY EACH PARTY**
25 | PARK, |
26 | |
   |           Defendants. | Complaint Filed:  October 19, 2007
27 | | Trial Date:  None Set
   | AND RELATED  COUNTER-CLAIMS AND |
28 | CROSS-CLAIMS |

                                    1
STIPULATION TO EXTEND THE TIME FOR DEF.S/X-DEF.S/X-CLAIMANTS        No. C 07-05354 MHP
TO RESPOND TO CROSS-CLAIMS

1    Defendants, Cross-Defendants and Cross-Claimants Nam Sun Park and Seung Hee Park

2   (collectively "Parks") and Defendants, Cross-Defendants and Cross-Claimants Dwight W. Perry

3   and Carlton L. Perry  (collectively "Perrys") hereby stipulate by and through their undersigned

4   counsel of record to extend the time for the Parks and the Perrys to respond to the each others

5   Cross-Claims.  The parties have not previously requested an extension of time to respond to the

6   Cross-Claims.  The Parks will now have up to and including February 19, 2008 to file a response

7   to the Perry's Cross-Claim.  The Perrys will now have up to and including February 11, 2008 to

8   file a response to Parks' Cross-Claim.

9   DATED: January 28, 2008          GREBEN & ASSOCIATES

10

11                                  By_____

12                                    JAN A. GREBEN
                                      Attorneys for Defendants, Cross-Defendants and
13                                    Cross-Claimants NAM SUN PARK and
                                      SEUNG HEE PARK
14

15

16  DATED: January 28, 2008          BURNHAM | BROWN

17

18                                  By_____

19                                    DEREK H. LIM
                                      Attorneys for Defendants, Cross-Defendants and
20                                    Cross-Claimants DWIGHT W. PERRY and
                                      CARLTON L. PERRY
21

22

23

24

25

26

27  843963

28

                                            2
STIPULATION TO EXTEND THE TIME FOR DEF.S/X-DEF.S/X-CLAIMANTS          No. C 07-05354 MHP
TO RESPOND TO CROSS-CLAIMS