1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  80 North First Street
   San Jose, CA 95113
4  Telephone:  (408) 287-6262
   Facsimile:  (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DOLORES A. ARREGUIN, for herself and other members of the general public 12  similarly situated,<br><br>13        Plaintiff,<br><br>14  v.<br><br>15  GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 16  10, Inclusive,<br><br>17        Defendant. | CASE NO. C 07 6026 MHP<br><br>[PROPOSED] ORDER RE: MOTION FOR LEAVE TO FILE A MOTION TO DISMISS<br><br>[CIVIL LOCAL RULE 7-11; JUDGE PATEL'S STANDING ORDER NO. 4]<br><br>Courtroom: 15, 18th Floor<br>Judge:     Hon. Marilyn Hall Patel<br><br>Complaint filed: November 29, 2007 |

18

19     The motion of Defendant GLOBAL EQUITY LENDING, INC. ("GLOBAL") for leave to

20  file a motion to dismiss was submitted to this Court pursuant to Local Rule 7-11.

21     Having read the motion, the memorandum of points and authorities, and declaration in

22  support thereof, the Court finds good cause to grant leave for the filing of GLOBAL's motion to

23  dismiss.

24     Therefore, it is ordered that GLOBAL's motion to dismiss is hereby deemed filed and set

25  for hearing concurrently with Defendant GLOBAL's motion to compel arbitration on

26  March 17, 2008, at 2:00 p.m., Courtroom 15.

27  Dated: 1/29/08                              _____
                                                HON. MARILYN HALL PATEL
28

RC1/5060170.1/DB
[PROPOSED] ORDER RE: MOTION FOR LEAVE                                    CASE NO. C 07 6026 MHP
TO FILE A MOTION TO DISMISS

| | |
|---|---|
| 1 | Jan A. Greben, CASB# 103464 |
|   | GREBEN & ASSOCIATES |
| 2 | 1332 Anacapa Street, Suite 110 |
|   | Santa Barbara, California 93101 |
| 3 | Telephone:   (805) 963-9090 |
|   | Facsimile:    (805) 963-9098 |
| 4 | Email:         jan@grebenlaw.com |
| 5 | Attorneys for Defendants, Cross-Defendants and |
|   | Cross-Claimants NAM SUN PARK and |
| 6 | SEUNG HEE PARK |
| 7 | -- |
| 8 | Thomas M. Downey, CASB# 142096 |
|   | Derek H. Lim, CASB# 209496 |
| 9 | BURNHAM BROWN |
|   | A Professional Law Corporation |
| 10 | P.O. Box 119 |
|   | Oakland, California 94604 |
| 11 |  |
|   | 1901 Harrison Street, 11th Floor |
| 12 | Oakland, California 94612 |
|   | Telephone:   (510) 444-6800 |
| 13 | Facsimile:    (510) 835-6666 |
|   | Email:         tdowney@burnhambrown.com |
| 14 |                dlim@burnhambrown.com |
| 15 | Attorneys for Defendants, Cross-Defendants and |
|    | Cross-Claimants DWIGHT W. PERRY and |
| 16 | CARLTON L. PERRY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER, | ) | No. C 07-05354 MHP |
| Plaintiffs, | ) | STIPULATION TO EXTEND THE TIME FOR DEFENDANTS, CROSS-DEFENDANTS AND CROSS-CLAIMANTS DWIGHT W. PERRY AND CARLTON L. PERRY AND NAM SUN PARK AND SEUNG HEE PARK TO RESPOND TO THE CROSS-CLAIMS FILED BY EACH PARTY |
| v. | ) |  |
| DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK, | ) |  |
| Defendants. | ) | Complaint Filed: October 19, 2007<br>Trial Date: None Set |
| AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | ) |  |

STIPULATION TO EXTEND THE TIME FOR DEF.S/X-DEF.S/X-CLAIMANTS   No. C 07-05354 MHP
TO RESPOND TO CROSS-CLAIMS

1  Defendants, Cross-Defendants and Cross-Claimants Nam Sun Park and Seung Hee Park
2  (collectively "Parks") and Defendants, Cross-Defendants and Cross-Claimants Dwight W. Perry
3  and Carlton L. Perry (collectively "Perrys") hereby stipulate by and through their undersigned
4  counsel of record to extend the time for the Parks and the Perrys to respond to the each others
5  Cross-Claims. The parties have not previously requested an extension of time to respond to the
6  Cross-Claims. The Parks will now have up to and including February 19, 2008 to file a response
7  to the Perry's Cross-Claim. The Perrys will now have up to and including February 11, 2008 to
8  file a response to Parks' Cross-Claim.

9  DATED: January 28, 2008         GREBEN & ASSOCIATES

By _____
JAN A. GREBEN
Attorneys for Defendants, Cross-Defendants and
Cross-Claimants NAM SUN PARK and
SEUNG HEE PARK

DATED: January 28, 2008         BURNHAM | BROWN

By _____
DEREK H. LIM
Attorneys for Defendants, Cross-Defendants and
Cross-Claimants DWIGHT W. PERRY and
CARLTON L. PERRY

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

_____
DATE

843963