1  Jan A. Greben, CASB# 103464
   GREBEN & ASSOCIATES
2  1332 Anacapa Street, Suite 110
   Santa Barbara, California 93101
3  Telephone:   (805) 963-9090
   Facsimile:   (805) 963-9098
4  Email:       jan@grebenlaw.com

5  Attorneys for Defendants, Cross-Defendants and
   Cross-Claimants NAM SUN PARK and
6  SEUNG HEE PARK

7  --

8  Thomas M. Downey, CASB# 142096
   Derek H. Lim, CASB# 209496
9  BURNHAM BROWN
   A Professional Law Corporation
10 P.O. Box 119
   Oakland, California 94604
11
   1901 Harrison Street, 11th Floor
12 Oakland, California 94612
   Telephone:   (510) 444-6800
13 Facsimile:   (510) 835-6666
   Email:       tdowney@burnhambrown.com
14              dlim@burnhambrown.com

15 Attorneys for Defendants, Cross-Defendants and
   Cross-Claimants DWIGHT W. PERRY and
16 CARLTON L. PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BRUCE A. BURROWS and JAMES A. ROESSLER, | No. C 07-05354 MHP |
|---|---|
| Plaintiffs, | STIPULATION TO EXTEND THE TIME FOR DEFENDANTS, CROSS-DEFENDANTS AND CROSS-CLAIMANTS DWIGHT W. PERRY AND CARLTON L. PERRY AND NAM SUN PARK AND SEUNG HEE PARK TO RESPOND TO THE CROSS-CLAIMS FILED BY EACH PARTY |
| v. | |
| DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK, | |
| Defendants. | Complaint Filed: October 19, 2007<br>Trial Date: None Set |
| AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

1
STIPULATION TO EXTEND THE TIME FOR DEF.S/X-DEF.S/X-CLAIMANTS      No. C 07-05354 MHP
TO RESPOND TO CROSS-CLAIMS

Defendants, Cross-Defendants and Cross-Claimants Nam Sun Park and Seung Hee Park (collectively "Parks") and Defendants, Cross-Defendants and Cross-Claimants Dwight W. Perry and Carlton L. Perry (collectively "Perrys") hereby stipulate by and through their undersigned counsel of record to extend the time for the Parks and the Perrys to respond to the each others Cross-Claims. The parties have not previously requested an extension of time to respond to the Cross-Claims. The Parks will now have up to and including February 19, 2008 to file a response to the Perry's Cross-Claim. The Perrys will now have up to and including February 11, 2008 to file a response to Parks' Cross-Claim.

DATED: January 28, 2008           GREBEN & ASSOCIATES

By _____
JAN A. GREBEN
Attorneys for Defendants, Cross-Defendants and Cross-Claimants NAM SUN PARK and SEUNG HEE PARK

DATED: January 28, 2008           BURNHAM | BROWN

By _____
DEREK H. LIM
Attorneys for Defendants, Cross-Defendants and Cross-Claimants DWIGHT W. PERRY and CARLTON L. PERRY

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

1/29/08
DATE

843963

2
STIPULATION TO EXTEND THE TIME FOR DEF.S/X-DEF.S/X-CLAIMANTS TO RESPOND TO CROSS-CLAIMS                    No. C 07-05354 MHP