1   Thomas M. Downey, CASB# 142096
    Derek H. Lim, CASB# 209496
2   BURNHAM BROWN
    A Professional Law Corporation
3   P.O. Box 119
    Oakland, California 94604
4
    1901 Harrison Street, 11th Floor
5   Oakland, California  94612
    Telephone:    (510) 444-6800
6   Facsimile:    (510) 835-6666
    Email:        tdowney@burnhambrown.com
7                 dlim@burnhambrown.com

8   Attorneys for Defendants
    DWIGHT W. PERRY and CARLTON L. PERRY
9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

| | |
|---|---|
| 13  BRUCE A. BURROWS and JAMES A. ROESSLER, | No. C 07-05354 MHP |
| 14 | **DEFENDANTS DWIGHT W. PERRY AND CARLTON L. PERRY'S NOTICE** |
| 15      Plaintiffs, | **OF APPEARANCE OF COUNSEL (Thomas M. Downey)** |
| 16  v. | |
| 17  DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE | Complaint Filed:  October 19, 2007 Trial Date:  None Set |
| 18  PARK, | |
| 19      Defendants. | |
| 20 | |
| 21  AND RELATED COUNTER-CLAIMS. | |

22

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

DEFS. DWIGHT W. PERRY & CARLTON L. PERRY'S
NOTICE OF APPEARANCE OF COUNSEL (Thomas M. Downey)                    No. C 07-05354 MHP

1 | TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

2 |      PLEASE TAKE NOTICE that Thomas M. Downey of Burnham Brown, 1901 Harrison

3 | Street, 11th Floor, P.O. Box 119, Oakland, California 94604-0119; Telephone No. (510) 444-

4 | 6800; Facsimile No. (510) 835-6666, hereby makes an appearance in the above-entitled matter

5 | on behalf of Defendants Dwight W. Perry and Carlton L. Perry, in addition to Derek H. Lim.

6 | Please note that Thomas M. Downey's e-mail address is tdowney@burnhambrown.com.

7 | Please include Mr. Downey on all future e-filings and notifications.

8 | DATED: January 31, 2008           BURNHAM BROWN

By _____
THOMAS M. DOWNEY
Attorneys for Defendants
DWIGHT W. PERRY and
CARLTON L. PERRY

844761

---

DEFS. DWIGHT W. PERRY & CARLTON L. PERRY'S
NOTICE OF APPEARANCE OF COUNSEL (Thomas M. Downey)

2

No. C 07-05354 MHP