1    Thomas M. Downey, CASB# 142096
     Derek H. Lim, CASB# 209496
2    BURNHAM BROWN
     A Professional Law Corporation
3    P.O. Box 119
     Oakland, California 94604
4
     1901 Harrison Street, 11th Floor
5    Oakland, California  94612
     Telephone:    (510) 444-6800
6    Facsimile:    (510) 835-6666
     Email:        tdowney@burnhambrown.com
7                dlim@burnhambrown.com

8    Attorneys for Defendants, Cross-Defendants and
     Cross-Claimants DWIGHT W. PERRY and
9    CARLTON L. PERRY

10

11                   UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  BRUCE A. BURROWS and JAMES A. ROESSLER, | No. C 07-05354 MHP |
| 15 | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| 16         Plaintiffs, | |
| 17  v. | Complaint Filed:  October 19, 2007 |
| | Trial Date:  None Set |
| 18  DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK, | |
| 19 | |
| 20         Defendants. | |
| 21 | |
| 22  AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |
| 23 | |

24        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

25 that he has:

26        (1)     Read the handbook entitled *"Dispute Resolution Procedures in the Northern*

27 *District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov. *(Limited*

28 *printed copies are available from the clerk's office for parties in cases not subject to the court's*

1    *Electronic Case Filing program (ECF) under General Order 45);*

2          (2)    Discussed the available dispute resolution options provided by the Court and

3    private entities; and

4          (3)    Considered whether this case might benefit from any of the available dispute

5    resolution options.

6    Dated: _____2/4/08_____, 2008

7                                                    DWIGHT W. PERRY, Defendant,
                                                     Cross-Defendant and Cross-Claimant

8

9    DATED: _____2/4/08_____, 2008          BURNHAM BROWN

10

11                                          By _____

12                                             DEREK H. LIM
                                               Attorneys for Defendants, Cross-Defendants and
13                                             Cross-Claimants DWIGHT W. PERRY and
                                               CARLTON L. PERRY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    845084

ADR CERTIFICATION BY PARTIES AND COUNSEL    2                    No. C 07-05354 MHP