KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and
JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>  Plaintiffs<br><br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>  Defendants.<br><br>RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | CASE NO. C 07-5354 MHP<br><br>ADR CERTIFICATION BY PLAINTIFFS AND COUNSEL<br><br>Complaint Filed: October 19, 2007<br><br>Trial Date:  None Set |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

1. Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" as link at and printed from the Court's ADR website www.adr.cand.uscourts.gov;

2. Discussed the available dispute resolution options provided by the Court and private

1

ADR CERTIFICATION BY PLAINTIFFS AND COUNSEL
Burrows and Roessler v. Perry, et al.
Case No. 3:07-cv-05354-MHP

1 | entities; and

2 |     3. Considered whether this case might benefit from any of the available dispute

3 | resolution options.

4 | Dated: __2/4__, 2008      /s/ Bruce A. Burrows KRM
5 |                        BRUCE A. BURROWS, Plaintiff and Counter-
6 |                        Defendant

7 | Dated: __2/4__, 2008      /s/ James A. Roessler, KRM
                       JAMES A. ROESSLER, Plaintiff and Counter-
8 |                        Defendant

10 | Dated: __Feb. 4__, 2008      Respectfully submitted,

11 |                        LAW OFFICES OF KARL R. MORTHOLE

12 |                        By _Karl Morthole_
13 |                        Karl R. Morthole
                       Lead Trial Attorney for Plaintiffs

2

ADR CERTIFICATION BY PLAINTIFFS AND COUNSEL
Burrows and Roessler v. Perry, et al.
Case No. 3:07-cv-05354-MHP