**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: February 4, 2008

Case No.    C 07-5354  MHP                Judge: MARILYN H. PATEL

Title: BRUCE A. BURROWS et al -v- DWIGHT W. PERRY et al

Attorneys:  Plf:  Karl Morthhole
                   Dft: Jan Gruben, Martin Deutsch, Derek Liu, Thomas Downey

Deputy Clerk:  Anthony Bowser  Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Service of remaining named defendants extended two months;

Matter referred to Magistrate Elizabeth D. Laporte for a settlement/mediation  conference, to be held within the next 30-45 days; Limited discovery, no depositions prior to the conference.

A further status conference set for 6/2/2008 at 3:00 pm, with a joint status report to be filed one week in advance (5/29/08);