| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| GREBEN & ASSOCIATES<br>1332 ANACAPA STREET, #110<br>SANTA BARBARA, CA  93101 | (805) 963-9090 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00234154-03 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
BURROWS vs. PERRY

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:07-CV-05354-MHP |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE; NAM SUN PARK AND SEUNG HEE PARK'S CROSSCLAIMS, ECF REGISTRATION INFORMATION, DROP BOX FILING PROCEDURES, NOTICE OF AVAILABILITY, CONSENT TO PROCEED, WELCOME TO USDC, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, STANDING ORDERS

Name of Defendant: GABRIEL H. CHIU, AS TRUSTEE OF THE CHIU FAMILY TRUST
Person Served: JANE DOE, REFUSED NAME
Title: CO-TENANT

Date of Delivery: 01/29/08
Time of Delivery: 02:20 pm

Place of Service: 10898 INSPIRATION CIRCLE
DUBLIN, CA 94568                             (Residence)

Date of Mailing: 01/31/08
Place of Mailing: SAN FRANCISCO

Physical Description:
AGE: 50        HAIR: BLACK        HEIGHT: 5'4"        RACE: ASIAN
SEX: FEMALE    EYES:              WEIGHT: 150

Manner of Service:
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left. (CCP 415.20(b) ) (F.R.CIV. P. 4 (e) (1)) FRCP 4 D

Fee for service:    $ 79.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . Sacramento . . . . County,
Number: . . . . 2005-55 . . . . . . . . . .
Expiration Date: 12/28/2009
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . February 1, 2008 . . . . . .
at: . . . . . . . San Francisco . . . . ., California.

Signature: _____
Name: RICHARD SNELL
Title:

304/00234154-03