| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| GREBEN & ASSOCIATES<br>1332 ANACAPA STREET, #110<br>SANTA BARBARA, CA 93101 | (805) 963-9090 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00234154-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
BURROWS vs. PERRY

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:07-CV-05354-MHP |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE; NAM SUN PARK AND SEUNG HEE PARK'S CROSSCLAIMS, ECF REGISTRATION INFORMATION, DROP BOX FILING PROCEDURES, NOTICE OF AVAILABILITY, CONSENT TO PROCEED, WELCOME TO USDC, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, STANDING ORDERS

Name: DUBLIN TOWN & COUNTRY ASSOCIATES

Person Served: LAURA RAKELA
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: January 29, 2008    HDATE:
Time of Delivery: 01:30 pm

Place of Service: 179 OAKRIDGE DRIVE
DANVILLE, CA 94506        (Residence)

Manner of Service:   Personal Service - By Personally Delivering copies to the person on whom the service is required.

Fee for service:   $ 44.75

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: Sacramento County,
Number: 2005-55
Expiration Date: 12/28/2009
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250
302/00234154-02

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: February 1, 2008
at: San Francisco, California.

Signature: /s/
Name: RICHARD SNELL
Title: