Thomas M. Downey, CASB No. 142096
Derek H. Lim, CASB No. 209496
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666
Email:        tdowney@burnhambrown.com
              dlim@burnhambrown.com

Attorneys for Defendants
DWIGHT W. PERRY and CARLTON L. PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>v.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK and SEUNG HEE PARK,<br><br>Defendants.<br>_____<br>NAM SUN PARK and SEUNG HEE PARK,<br><br>Cross-Complainants,<br><br>v.<br><br>DWIGHT W. PERRY and CARLTON L. PERRY,<br><br>Cross-Defendants. | No. C 07-05354 MHP<br><br>ANSWER OF DEFENDANTS/CROSS-CLAIMANTS/CROSS-DEFENDANTS DWIGHT W. PERRY AND CARLTON L. PERRY TO CROSS-COMPLAINT<br><br><br>Complaint Filed: October 19, 2007 |

///

///

ANSWER OF X-DEFS. DWIGHT PERRY          1                    No. C 07-05354 MHP
AND CARLTON PERRY TO X-COMPLAINT

      Defendants, Cross-Defendants and Cross-Claimants Dwight W. Perry and Carlton L. Perry (collectively "Cross-Defendants") hereby respond to Defendants, Cross-Defendants and Cross-Claimants Nam Sun Park and Seung Hee Park's (collectively ("Cross-Claimants") Cross-Complaint ("Cross-Complaint") as follows:

      1.    Defendants deny generally and specifically, each and every allegation, matter and thing contained in the Cross- Complaint, except as hereinafter expressly admitted, alleged or qualified.

      2.    Answering Paragraph 1 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

      3.    Answering Paragraph 2 of the Cross-Complaint, Cross-Defendants admit the allegations contained in this paragraph against the Cross-Defendants.

      4.    Answering Paragraph 3 of the Cross-Complaint, Cross-Defendants admit that Dwight Perry is a natural person that currently resides in Castro Valley, California.

      5.    Answering Paragraph 4 of the Cross-Complaint, Cross-Defendants admit that Carlton Perry is a natural person that currently resides in the state of Oregon.

      6.    Answering Paragraph 5 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

      7.    Answering Paragraph 6 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

      8.    Answering Paragraph 7 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

      9.    Answering Paragraph 8 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

10. Answering Paragraph 9 of the Cross-Complaint, Cross-Defendants are informed and believe that the allegations are true.

11. Answering Paragraph 10 of the Cross-Complaint, Cross-Defendants are informed and believe that the allegations are true.

12. Answering Paragraph 11 of the Cross-Complaint, Cross-Defendants are informed and believe that the allegations are true.

## GENERAL ALLEGATIONS

13. Answering Paragraph 12 of the Cross-Complaint, Cross-Defendants admit that they operated a dry cleaner at the Property from approximately the summer of 1985 to the summer of 1994.

14. Answering Paragraph 13 of the Cross-Complaint, Cross-Defendants are informed and believe that the allegations are true.

15. Answering Paragraph 14 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

16. Answering Paragraph 15 of the Cross-Complaint, Cross-Defendants are informed and believe that the allegations are true.

17. Answering Paragraph 16 of the Cross-Complaint, Cross-Defendants are informed and believe that the allegations are true.

18. Cross-Defendants deny the allegations in Paragraph 17 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

19. Cross-Defendants deny the allegations in Paragraph 18 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

## FIRST CROSS-CLAIM

20. Answering Paragraph 19 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

///

21. Answering Paragraph 20 of the Cross-Complaint, Cross-Defendants are informed and believe that the allegations are true.

22. Cross-Defendants deny the allegations in Paragraph 21 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

23. Answering Paragraph 22 of the Cross-Complaint, Cross-Defendants are informed and believe that the allegations are true.

24. Cross-Defendants deny the allegations in Paragraph 23 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

## SECOND CROSS-CLAIM

25. Answering Paragraph 24 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

26. Answering Paragraph 25 of the Cross-Complaint, Cross-Defendants are informed and believe that the allegations are true.

27. Answering Paragraph 26 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

28. Answering Paragraph 27 of the Cross-Complaint, Cross-Defendants deny that they owe indemnification and/or contribution to the Cross-Claimants. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## THIRD CROSS-CLAIM

29. Answering Paragraph 28 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

30. Cross-Defendants deny the allegations in Paragraph 29 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

///

31. Cross-Defendants deny the allegations in Paragraph 30 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

32. Answering Paragraph 31 of the Cross-Complaint, Cross-Defendants deny that they owe indemnification to the Cross-Complainants. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## FOURTH CROSS-CLAIM

33. Answering Paragraph 32 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

34. Answering Paragraph 33 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

35. Answering Paragraph 34 of the Cross-Complaint, Cross-Defendants deny that they are responsible and/or carry any liability for any of the damages claimed by the Cross-Claimants. Further, Cross-Defendants deny that they owe indemnity to the Cross-Claimants. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

36. Answering Paragraph 35 of the Cross-Complaint, Cross-Defendants deny that they are liable for any costs incurred, and to be incurred to remove, clean-up and/or remediate any alleged hazardous substance contamination of the soil and groundwater in and around the property. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

/ / /

/ / /

/ / /

## FIFTH CROSS-CLAIM

37. Answering Paragraph 36 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

38. Cross-Defendants deny the allegations in Paragraph 37 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

## SIXTH CROSS-CLAIM

39. Answering Paragraph 38 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

40. Cross-Defendants deny the allegations in Paragraph 39 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

41. Cross-Defendants deny the allegations in Paragraph 40 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

## SEVENTH CROSS-CLAIM

42. Answering Paragraph 41 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

43. Cross-Defendants deny the allegations in Paragraph 42 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

44. Cross-Defendants deny the allegations in Paragraph 43 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

45. Answering Paragraph 44 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

46. Answering Paragraph 45 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

|   |   |
|---|---|
| 1 | EIGHTH CROSS-CLAIM |

47.    Answering Paragraph 46 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

48.    Answering Paragraph 47 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

49.    Answering Paragraph 48 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

50.    Answering Paragraph 49 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

51.    Answering Paragraph 50 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

NINTH CROSS-CLAIM

52.    Answering Paragraph 51 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

53.    Answering Paragraph 52 of the Cross-Complaint, Cross-Defendants deny that their alleged conduct resulted in contamination of soil and groundwater on or about the property or surrounding area.  Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

54.    Cross-Defendants deny the allegations in Paragraph 53 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.  Cross-Defendants are without

///

sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## TENTH CROSS-CLAIM

55. Answering Paragraph 54 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

56. Cross-Defendants deny the allegations in Paragraph 52 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

57. Cross-Defendants deny the allegations in Paragraph 55 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

58. Cross-Defendants deny the allegations in Paragraph 56 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry.

59. Cross-Defendants deny the allegations in Paragraph 57 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## ELEVENTH CROSS-CLAIM

60. Answering Paragraph 58 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

61. Cross-Defendants deny the allegations in Paragraph 59 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

62. Cross-Defendants deny the allegations in Paragraph 60 of the Cross-Complaint as to Cross-Defendants Dwight W. Perry and Carlton L. Perry. Cross-Defendants are without

sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

### TWELFTH CROSS-CLAIM

63. Cross-Defendants respond that the allegations in paragraphs 61-68 have not been alleged against these answering Cross-Defendants. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs, and on that basis deny each and every allegation contained therein.

### THIRTEENTH CROSS-CLAIM

64. Cross-Defendants respond that the allegations in paragraphs 69-72 have not been alleged against these answering Cross-Defendants. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs, and on that basis deny each and every allegation contained therein.

### FOURTEENTH CROSS-CLAIM

65. Answering Paragraph 73 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

66. Answering Paragraph 74 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

67. Answering Paragraph 75 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

68. Answering Paragraph 76 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

69. Answering Paragraph 77 of the Cross-Complaint, Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## FIFTEENTH CROSS-CLAIM

70. Cross-Defendants respond that the allegations in paragraphs 78-85 have not been alleged against these answering Cross-Defendants. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs, and on that basis deny each and every allegation contained therein.

## SIXTEENTH CROSS-CLAIM

71. Cross-Defendants respond that the allegations in paragraphs 86-91 have not been alleged against these answering Cross-Defendants. Cross-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs, and on that basis deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

As a first affirmative defense to each cause of action of the Cross-Complaint, the Cross-Complaint fails to state a cause of action upon which relief can be granted.

As a second affirmative defense to each cause of action of the Cross-Complaint, Cross-Complainants' Cross-Complaint and causes of action therein are barred by the applicable statute of limitations, including but not limited to 42 U.S.C. section 9613; California Health and Safety Code Section 25360.4 and 25399, 42 USC 6972, California Code of Civil Procedure sections 335.1, 337, 338, 338.1, 339, 340 and 343

As a third affirmative defense to each cause of action of the Cross-Complaint, Cross-Claimants were partially, if not wholly, negligent or otherwise at fault on its own part and should be barred from recovery of that portion of the damages directly attributable to its proportionate share of the negligence or fault, pursuant to the doctrine of comparative negligence.

As a fourth affirmative defense to each cause of action of the Cross-Complaint, the damages sustained by Cross-Claimants, if any, were caused, in whole or in part, by the negligence or fault of others for which Cross-Defendants were not liable or responsible.

As a fifth affirmative defense to each cause of action of the Cross-Complaint, Cross-Defendant alleges that Cross-Claimants assumed whatever risk or hazard, if any, that existed at

///

1    the time and place set forth in the Cross-Complaint, and said assumption of risk or hazard is
2    imputed to said Cross-Claimants.

3    As a sixth affirmative defense to each cause of action of the Cross-Complaint, there is a
4    defect or misjoinder of parties pursuant to California Code of Civil Procedure 430.10(d) and
5    Federal Rule of Civil Procedure Rules 19-22. Specifically, Cross-Claimants failed to join all
6    parties necessary for final determination of this action.

7    As a seventh affirmative defense to each cause of action of the Cross-Complaint, Cross-
8    Claimants have failed to mitigate its damages.

9    As an eighth affirmative defense to each cause of action of the Cross-Complaint, the
10   Cross-Complaint, and each cause of action therein, is barred by the doctrine of laches.

11   As a ninth affirmative defense to each cause of action of the Cross-Complaint, the Cross-
12   Complaint, and each cause of action therein, is barred by the doctrine of unclean hands.

13   As a tenth affirmative defense to each cause of action of the Cross-Complaint, Cross-
14   Claimants fail to state a claim upon which an award of attorneys fees can be made.

15   As an eleventh affirmative defense to each cause of action of the Cross-Complaint,
16   Cross-Defendants allege that Cross- Claimants claims are barred by the doctrine of waiver.

17   As a twelfth affirmative defense to each cause of action of the Cross-Complaint, Cross-
18   Defendants allege that Cross- Claimants claims are barred by the doctrine of estoppel.

19   As a thirteenth affirmative defense to each cause of action of the Cross-Complaint,
20   Cross-Defendants allege that Cross- Claimants have failed to join indispensable parties
21   necessary for the adjudication of this matters alleged.

22   As a fourteenth affirmative defense to each cause of action of the Cross-Complaint, all
23   conduct and activities, if any, of Cross-Defendants, as alleged in the Cross- Complaint
24   confirmed to statutes, rules and regulations existing at all relevant times alleged in the Cross-
25   Complaint.

26   As a fifteenth affirmative defense to each cause of action of the Cross-Complaint, the
27   Cross-Complaint fails to state a cause of action upon which relief can be granted because Cross-
28   ///

Claimants failed to provide Cross-Defendants with prior notice of the claim(s) as required by statute.

As a sixteenth affirmative defense to each cause of action of the Cross-Complaint, Cross-Defendants allege that the Cross-claimants have not incurred any cognizable response costs.

As a seventeenth affirmative defense to each cause of action of the Cross-Complaint, Cross-Defendants presently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, defenses available. Cross-Defendants reserve herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Cross-Defendants demand a trial by jury on all issues so triable.

## PRAYER

WHEREFORE, these answering Cross-Defendants pray for judgment as follows:

1. That Cross-Complainants take nothing by reason of their Cross-Complaint on file herein;

2. For reasonable attorneys fees;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court deems just and proper.

DATED: February 11, 2008        BURNHAM BROWN

By_____
DEREK H. LIM
Attorneys for Defendants/Cross-Claimants/Cross-Defendants
DWIGHT W. PERRY and CARLTON L. PERRY

846088