Thomas M. Downey, CASB# 142096
Derek H. Lim, CASB# 209496
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:          tdowney@burnhambrown.com
                   dlim@burnhambrown.com

Attorneys for Defendants and Cross-claimants,
DWIGHT W. PERRY and CARLTON L. PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>v.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>Defendants. | No. C 07-05354 MHP |
| DWIGHT W. PERRY and CARLTON L. PERRY,<br><br>Cross-claimants,<br><br>v.<br><br>NAM SUN PARK, SEUNG HEE PARK, KWANG SUK LEE, KUI JA LEE, AND GABRIEL H. CHIU, as trustee of the CHIU FAMILY TRUST,<br><br>Cross-defendants. | DECLARATION OF SERVICE ON COUNSEL FOR GABRIEL H. CHIU, as Trustee of the CHIU FAMILY TRUST RE CROSS-CLAIMS OF DWIGHT W. PERRY AND CARLTON L. PERRY AGAINST CROSS-DEFENDANTS NAM SUN PARK, SEUNG HEE PARK, KWANG SUK LEE, KUI JA LEE, and GABRIEL H. CHIU, as trustee of the CHIU FAMILY TRUST<br><br>Complaint Filed: October 19, 2007<br>Trial Date: None Set |

Re: <u>Bruce A. Burrows, et al. v. Dwight W. Perry, et al.</u>
       <u>[and Related Cross-Claim: Dwight W. Perry, et al. v. Nam Sun Park, et al.]</u>
Court: <u>United States District Court Northern District of California</u>
Action No: <u>C 07-05354 MHP</u>

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On February 21, 2008, I served the following document(s) in the following manner(s):

**CROSS-CLAIMS OF DWIGHT W. PERRY AND CARLTON L. PERRY AGAINST CROSS-DEFENDANTS NAM SUN PARK, SEUNG HEE PARK, KWANG SUK LEE, KUI JA LEE, and GABRIEL H. CHIU, as trustee of the CHIU FAMILY TRUST**

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below.

☐ **FACSIMILE:** By transmitting a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was     .

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

Edward W. Polson                              Attorney for Cross-Defendant GABRIEL H.
5000 Hopyard Road, Suite 400                  CHIU, as Trustee of the Chiu Family Trust
Pleasanton, CA 94588
Telephone:   (925) 225-9600
Facsimile:   (925) 463-3100

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE:          February 21, 2008

                                              D.L. KALAHELE

PROOF OF SERVICE                                          CASE NO. C 07-05354 MHP