1   EDWARD W. POLSON, State Bar No. 062423
2   5000 Hopyard Road, Suite 400
    Pleasanton, CA 94588
    Tel: (925) 225-9600
3   Fax: (925) 463-3110

4   Attorney for Cross-defendant
    Gabriel H. Chiu, Trustee
5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  BRUCE A. BURROWS and JAMES A.   )   CASE NO.:  CV 05354 MHP
    ROESSLER                        )
12                                  )
             Plaintiffs,            )
13                                  )   ADR CERTIFICATION BY
    vs.                             )   CROSS-DEFENDANT
14                                  )
    DWIGHT W. PERRY, CARLTON L.     )   Complaint Filed: October 19, 2007
15  PERRY, KWANG SUK LEE, KUI JA    )
    LEE, NAM SUN PARK, and SEUNG    )   Trial Date: None Set
16  HEE PARK                        )
                                    )
17           Defendants.            )
                                    )
18  _____)
                                    )
19  AND RELATED COUNTER-CLAIMS      )
    AND CROSS-CLAIMS                )
20  _____)

21       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

22  that he has:

23       1.   Read the handbook entitled *"Dispute Resolution Procedures in the Northern District*

24  *of California"* linked at and printed from the Court's ADR website www.adr.cand.uscourts.gov;

25       2.   Discussed the available dispute resolution opteins provided by the Court and private

26  entities; and

27  //

28  //

---

1    3.    Considered whether this case might benefit from any of the available dispute

2  resolution options.

3

4  Dated:  February 20, 2008

_____

5                                      GABRIEL CHIU, Trustee
                                       Cross-Defendant
6

7  Dated:  February 20, 2008              LAW OFFICE OF EDWARD W. POLSON

8

9                                      _____
                                       EDWARD W. POLSON, Attorney for
10                                     Cross-Defendant Gabriel Chiu, Trustee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burrows and Roessler v. Perry, et al.
Case No.: 3:07-cv- 05354-MHP                2                ADR Certification by
                                                      Cross-Defendant and Counsel