1  MARTIN DEUTSCH
   SOSAN AKBAR
2  LAW OFFICES OF MARTIN DEUTSCH
   440 N. First Street, Suite 200
3  San Jose, CA 95112
   (408) 947-1760
4  (408) 947-0349-Fax

5  JAN GREBEN
6  GREBEN AND ASSOCIATES
   1332 Anacapa Street, Suite 110
7  Santa Barbara, CA 93101
   (805) 963-9090
8  (805) 963-9098-Fax
9  Attorneys for Nam Sun Park and Seung Hee Park

10

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA

13 | BRUCE A. BURROWS AND JAMES A. ROESSLER,,
14 |                                    Case No.: 3:07-CV-05354-MHP
   |         Plaintiffs,
15 |                                    ASSOCIATION OF COUNSEL
16 | vs.
17 | DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA
18 | LEE, NAM SUN PARK AND SEUNG HEE PARK,
19 |
20 |         Defendants.

21  Defendant, NAM SUN PARK and SEUNG HEE PARK, hereby associates JAN
22  GREBEN of GREBEN AND ASSOCIATES with MARTIN R. DEUTSCH as attorney of
23  record in the above referenced matter.
24  The address and telephone number for GREBEN AND ASSOCIATES is:
25              Greben & Associates
26              1332 Anacapa Street, Suite 110
                Santa Barbara, CA 93101
27              Tel:  (805) 963-9090
28              Fax:  (805) 963-9098

\\MainServer\M drive\S & D\S & D\3736 Park v. (Burrows & Roessler)\Pleadings\Association.Counsel.doc    1-03-
CV-007783
ASSOCIATION OF COUNSEL
1

Dated: February ___, 2008          LAW OFFICES OF MARTIN DEUTSCH

                                   _____
                                   MARTIN DEUTSCH
                                   SOSAN AKBAR
                                   Attorney for Defendants, Nam Sum Park and Seung Hee Park

Dated: February 26, 2008           GREBEN AND ASSOCIATES

                                   _____
                                   JAN GREBEN

| | |
|---|---|
| 1 | MARTIN DEUTSCH |
| | SOSAN AKBAR |
| 2 | LAW OFFICES OF MARTIN DEUTSCH |
| | 440 N. First Street, Suite 200 |
| 3 | San Jose, CA 95112 |
| | (408) 947-1760 |
| 4 | (408)947-0349-Fax |
| 5 | JAN GREBEN |
| | GREBEN AND ASSOCIATES |
| 6 | 1332 Anacapa Street, Suite 110 |
| | Santa Barbara, CA 93101 |
| 7 | (805)963-9090 |
| | (805)963-9098-Fax |
| 8 | Attorneys for **Nam Sun Park and Seung Hee Park** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS AND JAMES A. ROESSLER,, | |
| Plaintiffs, | Case No.: C 07-05354 MHP |
| vs. | **PROOF OF SERVICE** |
| DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK, | |
| Defendants. | |

I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 440 North First Street, Suite 200, San Jose, California 95112. On the date mentioned below, I caused a true copy (ies) of the following document(s) to be served on the parties below using the method(s) checked:

**Association of Counsel**

on the Addressee(s) below named in said action by:

[X]   First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

[ ]   Express Mail Delivery.

[X]   Facsimile at the fax numbers shown after each name below.

**Addressee(s):**

Karl R. Morthole
Law Offices of Karl R. Morthole
57 Post Street, Suite 801
San Francisco, CA 94104
Fax: (415) 986-1734

Thomas Michael Downey
Derek Henry Lim
1901 Harrison Street, 11th Floor
Oakland, CA 94612-3501
Fax: (510) 835-6666

Edward Wesley Polson
5000 Hopyard Rd #400
Pleasanton, CA 94588-3348
Fax: (925) 463-3110

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 26, 2008 at San Jose, California.

Erin Escobar