# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GABRIEL H. CHIU, as Trustee
of the CHIU FAMILY TRUST
      Counter-Claimant
      v.

**SUMMONS IN A CIVIL CASE**
CASE NUMBER: 3:07-CV-05354-MHP

DWIGHT W. PERRY, CARLTON L. PERRY, NAM SUN PARK, SEUNG HEE PARK, KWANG SUK LEE, KUI JA LEE, DUBLIN TOWN & COUNTRY ASSOCIATES, a partnership, and WILLIAM F. KARTOZIAN
      Counter-Defendants

To: The above-named Counter-Defendants

YOU ARE HEREBY SUMMONED and required to serve upon COUNTER-CLAIMANT'S ATTORNEY

Edward W. Polson
LAW OFFICE OF EDWARD W. POLSON
5000 Hopyard Road, Suite 400
Pleasanton, California 94588

an answer to the counterclaim(s) which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the counterclaims. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

Richard W. Weiking
Clerk

Date: FEB 27 2008

GINA AGUSTINE-RIVAS
(BY) DEPUTY CLERK