## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

DWIGHT W. PERRY and CARLTON L. PERRY,

    Cross-claimants,

V.

NAM SUN PARK, SEUNG HEE PARK, KWANG SUK LEE, KUI JA LEE, and GABRIEL H. CHIU, as trustee of the CHIU FAMILY TRUST,

    Cross-defendants.

**SUMMONS IN A CIVIL CASE**
on a Cross-Claim

CASE NUMBER: C 07-05354 MHP

TO: (Name and address of defendant)
KWANG SUK LEE
20117 Forest Avenue, #2
Castro Valley, California 94546-4555
Phone: (510) 889-6316

**YOU ARE HEREBY SUMMONED** and required to serve upon Cross-Claimants' ATTORNEY (name and address)

Thomas M. Downey, CASB# 142096
Derek H. Lim, CASB# 209496
BURNHAM BROWN
1901 Harrison Street, 11th Floor
[Mailing: P.O. Box 119, Oakland, CA 94612]
Oakland, CA 94612
Phone: (510) 444-6800   Fax: (510) 835-6666

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  FEB 27 2008

GINA AGUSTINE-RIVAS

(BY) DEPUTY CLERK

NDCAO440