1   **GREBEN & ASSOCIATES**
    1332 ANACAPA STREET, SUITE 110
2       SANTA BARBARA, CA 93101
        TELEPHONE: (805) 963-9090
3       FACSIMILE: (805) 963-9098

4   Jan A. Greben, State Bar No. 103464
    Jenna L. Motola, State Bar No. 246738
5

6   **LAW OFFICES OF MARTIN DEUTSCH**
    440 NORTH FIRST STREET, SUITE 200
7       SAN JOSE, CA 95112
        TELEPHONE: (408) 947-1760
8       FACSIMILE: (408) 947-0349

9   Martin Deutsch, State Bar No. 111409

10  Attorneys for Defendants and Cross-defendants
    NAM SUN PARK and SEUNG HEE PARK
11

12                      UNITED STATES DISTRICT COURT
13                      NORTHERN DISTRICT OF CALIFORNIA

14

15  BRUCE A. BURROWS and JAMES A.          | **Case No. 3:07-cv-05354-MHP**
    ROESSLER,
16                                          | COMPLAINT FILED:          10/19/07
                               Plaintiffs,  | TRIAL DATE:               None Set
17
18              vs.
19  DWIGHT W. PERRY, CARLTON L.             | **STIPULATION TO EXTEND THE TIME
    PERRY, KWANG SUK LEE, KUI JA LEE,       | FOR DEFENDANTS & COUNTER-
20  NAM SUN PARK, and SEUNG HEE PARK,       | DEFENDANTS NAM SUN PARK &
                                            | SEUNG HEE PARK TO RESPOND TO
                               Defendants.  | COUNTERCLAIM OF GABRIEL H.
21                                          | CHIU, AS TRUSTEE OF THE CHIU
22                                          | FAMILY TRUST**

23  And Related Cross-actions.
24
25
26      Counter-claimant, Gabriel H. Chiu, as trustee of the Chiu Family Trust ("Chiu") and
27
28  Counter-defendants Nam Sun Park and Seung Hee Park (collectively "the Parks"), hereby

                                            1

1  stipulate by and through their undersigned counsel of record to extend the time for the Parks to
2  answer or otherwise respond to Chiu's Counterclaim. The parties have not previously requested
3  an extension of time to respond to Chiu's Counterclaim. The Parks will now have up to and
4  including March 24, 2008 to file a response to Chiu's Counterclaim.

5

6  Dated: March ___, 2008                    EDWARD W. POLSON

7

8                                            _Edward W Polson_

9

10                                           EDWARD W. POLSON
                                             Attorney for Cross-defendant GABRIEL H. CHIU,
11                                           as Trustee of the CHIU FAMILY TRUST

12

13  Dated: March ___, 2008                   GREBEN & ASSOCIATES

14

15

16                                           _____
                                             JAN A. GREBEN
17                                           JENNA L. MOTOLA
                                             Attorneys for Defendants and Cross-defendants
18                                           NAM SUN PARK and SEUNG HEE PARK

19

20

21

22

23

24

25

26

27

28

1   stipulate by and through their undersigned counsel of record to extend the time for the Parks to

2   answer or otherwise respond to Chiu's Counterclaim.  The parties have not previously requested

3   an extension of time to respond to Chiu's Counterclaim.  The Parks will now have up to and

4   including March 24, 2008 to file a response to Chiu's Counterclaim.

5

6   Dated: March _____, 2008             EDWARD W. POLSON

7

8                                              _____

9

10                                EDWARD W. POLSON
                               Attorney for Cross-defendant GABRIEL H. CHIU,
                             as Trustee of the CHIU FAMILY TRUST

11

12

13   Dated: March **4**_, 2008             GREBEN & ASSOCIATES

14

15                                  _____

16                              JAN A. GREBEN
                             JENNA L. MOTOLA

17                              Attorneys for Defendants and Cross-defendants
                             NAM SUN PARK and SEUNG HEE PARK

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND THE TIME FOR NAM SUN PARK & SEUNG HEE PARK TO
RESPOND TO COUNTERCLAIM OF GABRIEL H. CHIU - 3:07-cv-05354-MHP