1  **GREBEN & ASSOCIATES**
   1332 ANACAPA STREET, SUITE 110
2  SANTA BARBARA, CA 93101
   TELEPHONE: (805) 963-9090
3  FACSIMILE: (805) 963-9098

4  Jan A. Greben, State Bar No. 103464
   Jenna L. Motola, State Bar No. 246738
5

6  **LAW OFFICES OF MARTIN DEUTSCH**
   440 NORTH FIRST STREET, SUITE 200
7  SAN JOSE, CA 95112
   TELEPHONE: (408) 947-1760
8  FACSIMILE: (408) 947-0349

9  Martin Deutsch, State Bar No. 111409

10 Attorneys for Defendants and Cross-defendants
   NAM SUN PARK and SEUNG HEE PARK
11

12
                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK, and SEUNG HEE PARK,<br><br>Defendants.<br><br>And Related Cross-actions. | **Case No. 3:07-cv-05354-MHP**<br><br>COMPLAINT FILED: 10/19/07<br>TRIAL DATE: None Set<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS & COUNTER-DEFENDANTS NAM SUN PARK & SEUNG HEE PARK TO RESPOND TO COUNTERCLAIM OF GABRIEL H. CHIU, AS TRUSTEE OF THE CHIU FAMILY TRUST** |

Counter-claimant, Gabriel H. Chiu, as trustee of the Chiu Family Trust ("Chiu") and Counter-defendants Nam Sun Park and Seung Hee Park (collectively "the Parks"), hereby

1

STIPULATION TO EXTEND THE TIME FOR NAM SUN PARK & SEUNG HEE PARK TO
RESPOND TO COUNTERCLAIM OF GABRIEL H. CHIU - 3:07-cv-05354-MHP

1  stipulate by and through their undersigned counsel of record to extend the time for the Parks to
2  answer or otherwise respond to Chiu's Counterclaim. The parties have not previously requested
3  an extension of time to respond to Chiu's Counterclaim. The Parks will now have up to and
4  including March 24, 2008 to file a response to Chiu's Counterclaim.

6  Dated: March 4, 2008         EDWARD W. POLSON

                                 */s/ Edward W. Polson*

                                 EDWARD W. POLSON
                                 Attorney for Cross-defendant GABRIEL H. CHIU,
                                 as Trustee of the CHIU FAMILY TRUST

13 Dated: March ___, 2008         GREBEN & ASSOCIATES


                                 JAN A. GREBEN
                                 JENNA L. MOTOLA
                                 Attorneys for Defendants and Cross-defendants
                                 NAM SUN PARK and SEUNG HEE PARK

---

2
STIPULATION TO EXTEND THE TIME FOR NAM SUN PARK & SEUNG HEE PARK TO
RESPOND TO COUNTERCLAIM OF GABRIEL H. CHIU - 3:07-cv-05354-MHP

1  stipulate by and through their undersigned counsel of record to extend the time for the Parks to
2  answer or otherwise respond to Chiu's Counterclaim. The parties have not previously requested
3  an extension of time to respond to Chiu's Counterclaim. The Parks will now have up to and
4  including March 24, 2008 to file a response to Chiu's Counterclaim.

6  Dated: March ____, 2008                EDWARD W. POLSON

                                          _____

                                          EDWARD W. POLSON
                                          Attorney for Cross-defendant GABRIEL H. CHIU,
                                          as Trustee of the CHIU FAMILY TRUST

13 Dated: March 4, 2008                   GREBEN & ASSOCIATES

                                          _____
                                          JAN A. GREBEN
                                          JENNA L. MOTOLA
                                          Attorneys for Defendants and Cross-defendants
                                          NAM SUN PARK and SEUNG HEE PARK

                   3/6/2008               IT IS SO ORDERED
                                          [signature]
                                          Judge Marilyn H. Patel
                                          UNITED STATES DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA

---

2
STIPULATION TO EXTEND THE TIME FOR NAM SUN PARK & SEUNG HEE PARK TO
RESPOND TO COUNTERCLAIM OF GABRIEL H. CHIU - 3:07-cv-05354-MHP