**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

**LAW OFFICES OF MARTIN DEUTSCH**
440 NORTH FIRST STREET, SUITE 200
SAN JOSE, CA 95112
TELEPHONE: (408) 947-1760
FACSIMILE: (408) 947-0349

Martin Deutsch, State Bar No. 111409

Attorneys for Defendants and Cross-complainants
NAM SUN PARK and SEUNG HEE PARK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK, and SEUNG HEE PARK,<br><br>Defendants.<br><br>And Related Cross-actions. | **Case No. 3:07-cv-05354-MHP**<br><br>COMPLAINT FILED:    10/19/07<br>TRIAL DATE:    None Set<br><br>**NAM SUN PARK AND SEUNG HEE PARK'S REQUEST TO ENTER DEFAULT AGAINST DUBLIN TOWN & COUNTRY ASSOCIATES** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Cross-complainants NAM SUN PARK and SEUNG HEE PARK (collectively "the PARKS"), hereby request that the Clerk of the above-entitled Court enter default in this matter

1

1  against cross-defendant DUBLIN TOWN & COUNTRY ASSOCIATES on the ground that said

2  cross-defendant has failed to appear or otherwise respond to the cross-complaint within the time

3  prescribed by the Federal Rules of Civil Procedure.  The Parks served their cross-complaint on

4  DUBLIN TOWN & COUNTRY ASSOCIATES on January 29, 2008, evidenced by the proof of

5  service of summons on file with this Court.

6       The above stated facts are set forth in the accompanying declaration of Jenna L. Motola,

7  Esq., filed herewith.

8

9  Dated: March  10 , 2008          GREBEN & ASSOCIATES

10

11

12                              JAN A. GREBEN

                             JENNA L. MOTOLA

13                               Attorneys for Defendants and Cross-complainants

                             NAM SUN PARK and SEUNG HEE PARK

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PARKS' REQUEST TO ENTER DEFAULT AGAINST DUBLIN TOWN & COUNTRY ASSOCIATES
3:07-cv-05354-MHP