**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

**LAW OFFICES OF MARTIN DEUTSCH**
440 NORTH FIRST STREET, SUITE 200
SAN JOSE, CA 95112
TELEPHONE: (408) 947-1760
FACSIMILE: (408) 947-0349

Martin Deutsch, State Bar No. 111409

Attorneys for Defendants and Cross-complainants
NAM SUN PARK and SEUNG HEE PARK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK, and SEUNG HEE PARK,<br><br>Defendants.<br><br>And Related Cross-actions. | **Case No. 3:07-cv-05354-MHP**<br><br>COMPLAINT FILED:  10/19/07<br>TRIAL DATE:  None Set<br><br>**DECLARATION OF JENNA L. MOTOLA IN SUPPORT OF THE PARKS' REQUEST TO ENTER DEFAULT AGAINST DUBLIN TOWN & COUNTRY ASSOCIATES** |

I, Jenna L. Motola, declare:

1.      I am an attorney at law duly licensed and admitted to practice in the State of California and Northern District of California, and am an associate attorney at the law offices of

1

1    Greben & Associates, attorneys of record for Cross-complainants NAM SUN PARK and

2    SEUNG HEE PARK (collectively "the PARKS"). I make this declaration based upon my

3    own personal knowledge. If called to testify in this matter, I could and would completely

4    testify as follows:

5  2.   On January 29, 2008, I caused to be personally served on DUBLIN TOWN &

6        COUNTRY ASSOCIATES, the PARKS' Cross-Complaint and Summons in this action.

7  3.   Attached hereto as Exhibit "A," and incorporated herein by this reference, is a copy of the

8        Proof of Service of Summons filed with this Court on February 8, 2008.

9  4.   As of the filing of this declaration and accompanying request to enter default, no answer

10       or other responsive pleading has been filed by DUBLIN TOWN & COUNTRY

11       ASSOCIATES.

12

13       I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct. Executed on March 10, 2008.

15

16

17                                        Jenna L. Motola

18

19

20

21

22

23

24

25

26

27

28

2

EXHIBIT "A"

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| GREBEN & ASSOCIATES<br>1332 ANACAPA STREET, #110<br>SANTA BARBARA, CA 93101 | | (805) 963-9090 | |

ATTORNEY FOR (NAME)

REFERENCE NUMBER
00234154-02

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
BURROWS vs. PERRY

| PROOF OF SERVICE | DATE: | TIME: | DEPT./DIV. | CASE NUMBER:<br>3:07-CV-05354-MHP |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE; NAM SUN PARK AND SEUNG HEE PARK'S CROSSCLAIMS, ECF REGISTRATION INFORMATION, DROP BOX FILING PROCEDURES, NOTICE OF AVAILABILITY, CONSENT TO PROCEED, WELCOME TO USDC, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, STANDING ORDERS

Name: DUBLIN TOWN & COUNTRY ASSOCIATES

Person Served: LAURA RAKELA
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: January 29, 2008    HDATE:
Time of Delivery: 01:30 pm

Place of Service: 179 OAKRIDGE DRIVE
DANVILLE, CA 94506                    **(Residence)**

Manner of Service:    **Personal Service - By Personally Delivering** copies to the person on whom the service is required.

Fee for service:    $ 44.75

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]  Registered: . . . . Sacramento . . . . . County,
Number: . . . . . 2005-55 . . . . . .
Expiration Date: 12/28/2009 . . . .
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250
302/00234154-02

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . February 1, 2008 . . . . . . .
at: . . . . . . . San Francisco . . . . California.

Signature: _____
Name: RICHARD SNELL
Title: