**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
Jenna L. Motola, State Bar No. 246738

**LAW OFFICES OF MARTIN DEUTSCH**
440 NORTH FIRST STREET, SUITE 200
SAN JOSE, CA 95112
TELEPHONE: (408) 947-1760
FACSIMILE: (408) 947-0349

Martin Deutsch, State Bar No. 111409

Attorneys for Defendants and Cross-complainants
NAM SUN PARK and SEUNG HEE PARK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK, and SEUNG HEE PARK,<br><br>Defendants.<br><br>And Related Cross-actions. | Case No. 3:07-cv-05354-MHP<br><br>COMPLAINT FILED:  10/19/07<br>TRIAL DATE:  None Set<br><br>**NAM SUN PARK AND SEUNG HEE PARK'S REQUEST TO ENTER DEFAULT AGAINST WILLIAM F. KARTOZIAN** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Cross-complainants NAM SUN PARK and SEUNG HEE PARK (collectively "the PARKS"), hereby request that the Clerk of the above-entitled Court enter default in this matter against cross-defendant WILLIAM F. KARTOZIAN on the ground that said cross-defendant has

1

1 | failed to appear or otherwise respond to the cross-complaint within the time prescribed by the
2 | Federal Rules of Civil Procedure. The Parks served their cross-complaint on WILLIAM F.
3 | KARTOZIAN on January 29, 2008, evidenced by the proof of service of summons on file with
4 | this Court.

5 | The above stated facts are set forth in the accompanying declaration of Jenna L. Motola,
6 | Esq., filed herewith.

8 | Dated: March 10, 2008        GREBEN & ASSOCIATES

11 |                              JAN A. GREBEN
                                 JENNA L. MOTOLA
12 |                              Attorneys for Defendants and Cross-complainants
                                 NAM SUN PARK and SEUNG HEE PARK