1  **GREBEN & ASSOCIATES**
   1332 ANACAPA STREET, SUITE 110
2  SANTA BARBARA, CA 93101
   TELEPHONE: (805) 963-9090
3  FACSIMILE: (805) 963-9098

4  Jan A. Greben, State Bar No. 103464
   jan@grebenlaw.com
5  Jenna L. Motola, State Bar No. 246738
   jenna@grebenlaw.com
6

7  **LAW OFFICES OF MARTIN DEUTSCH**
   440 NORTH FIRST STREET, SUITE 200
8  SAN JOSE, CA 95112
   TELEPHONE: (408) 947-1760
9  FACSIMILE: (408) 947-0349

10 Martin Deutsch, State Bar No. 111409

11 Attorneys for Defendants and Cross-complainants
   NAM SUN PARK and SEUNG HEE PARK
12

13
                   UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 | BRUCE A. BURROWS and JAMES A. ROESSLER, | **Case No. 3:07-cv-05354-MHP** |
|---|---|
| | COMPLAINT FILED: 10/19/07 |
17 | Plaintiffs, | TRIAL DATE: None Set |
18 | vs. | |
19 | DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK, and SEUNG HEE PARK, | **DECLARATION OF JENNA L. MOTOLA IN SUPPORT OF THE PARKS' REQUEST TO ENTER DEFAULT AGAINST WILLIAM F. KARTOZIAN** |
20 | | |
21 | Defendants. | |
22 | | |
23 | | |
24 | And Related Cross-actions. | |

25 I, Jenna L. Motola, declare:

26 1.     I am an attorney at law duly licensed and admitted to practice in the State of California
27
          and Northern District of California, and am an associate attorney at the law offices of
28

                                            1

Greben & Associates, attorneys of record for Cross-complainants NAM SUN PARK and SEUNG HEE PARK (collectively "the PARKS"). I make this declaration based upon my own personal knowledge. If called to testify in this matter, I could and would completely testify as follows:

2. On January 29, 2008, I caused to be served on WILLIAM F. KARTOZIAN, by substituted service, the PARKS' Cross-Complaint and Summons in this action.

3. Attached hereto as Exhibit "A," and incorporated herein by this reference, is a copy of the Proof of Service of Summons filed with this Court on February 8, 2008.

4. As of the filing of this declaration and accompanying request to enter default, no answer or other responsive pleading has been filed by WILLIAM F. KARTOIZIAN.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 10, 2008.

*Jenna L. Motola* (signature)

Jenna L. Motola

EXHIBIT "A"

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| GREBEN & ASSOCIATES<br>1332 ANACAPA STREET, #110<br>SANTA BARBARA, CA 93101 | (805) 963-9090 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00234154-01 | |
| insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, | | |
| SHORT NAME OF CASE<br>BURROWS vs. PERRY | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:07-CV-05354-MHP |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE; NAM SUN PARK AND SEUNG HEE PARK'S CROSSCLAIMS, ECF REGISTRATION INFORMATION, DROP BOX FILING PROCEDURES, NOTICE OF AVAILABILITY, CONSENT TO PROCEED, WELCOME TO USDC, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, STANDING ORDERS

Name of Defendant: WILLIAM F. KARTOZIAN
Person Served: LAURA RAKELA
Title: CO-TENANT

Date of Delivery: 01/29/08
Time of Delivery: 01:30 pm

Place of Service: 179 OAKRIDGE DRIVE
DANVILLE, CA 94506                                              (Residence)

Date of Mailing: 01/31/08
Place of Mailing: SAN FRANCISCO

Manner of Service:
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left. (CCP 415.20(b) ) (F.R.CIV. P. 4 (e) (1)) FRCP 4 D

Fee for service:   $ 134.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: Sacramento County,
Number: 2005-55
Expiration Date: 12/28/2009
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250
304/00234154-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: February 1, 2008
at: San Francisco, California.

Signature: /s/
Name: RICHARD SNELL
Title: