Thomas M. Downey, CASB No. 142096
Derek H. Lim, CASB No. 209496
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666
Email:   tdowney@burnhambrown.com
   dlim@burnhambrown.com

Attorneys for Defendants, Cross-Defendants, Cross-Compliananants and Counter-Defendants DWIGHT W. PERRY and CARLTON L. PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>v.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK and SEUNG HEE PARK,<br><br>Defendants. | No. C 07-05354 MHP<br><br>ANSWER OF COUNTER-DEFENDANTS DWIGHT W. PERRY AND CARLTON L. PERRY TO COUNTERCLAIM OF GARBIEL H. CHIU, AS TRUSTEE OF THE CHIU FAMILY TRUST<br><br>Counterclaim Filed: February 19, 2008 |

///

///

///

///

///

///

///

ANSWER OF COUNTER-DEFS DWIGHT PERRY AND CARLTON PERRY TO COUNTERCLAIM   1   No. C 07-05354 MHP

Counter-Defendants Dwight W. Perry and Carlton L. Perry (collectively "Counter-Defendants") hereby respond to the Counterclaim of Gabriel H. Chiu, as Trustee of the Chiu Family Trust ("Chiu" or "Counterclaimants") as follows:

1. Counter-Defendants deny generally and specifically, each and every allegation, matter and thing contained in Chiu's Counterclaim, except as hereinafter expressly admitted, alleged or qualified.

2. Answering Paragraph 1 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3. Answering Paragraph 2 of the Counterclaim, Counter-Defendants are informed and believe that the allegations are true.

4. Answering Paragraph 3 of the Counterclaim, Counter-Defendants are informed and believe that the allegations are true.

5. Answering Paragraph 4 of the Counterclaim, Counter-Defendants are informed and believe that the allegations are true.

6. Answering Paragraph 5 of the Counterclaim, Counter-Defendants are informed and believe that the allegations are true.

7. Answering Paragraph 6 of the Counterclaim, Counter-Defendants are informed and believe that the allegations are true.

8. Answering Paragraph 7 of the Counterclaim, Counter-Defendants admit that Dwight Perry is a natural person.

9. Answering Paragraph 8 of the Counterclaim, Counter-Defendants admit that Carlton Perry is a natural person.

10. Answering Paragraph 9 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

11. Answering Paragraph 10 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained

1 | in said paragraph, and on that basis deny each and every allegation contained therein.

2 |     12.    Answering Paragraph 11 of the Counterclaim, Counter-Defendants are informed and believe that the allegations are true.

## GENERAL ALLEGATIONS

13. Answering Paragraph 12 of the Counterclaim, Counter-Defendants believe the foregoing to be true as it relates to these answering Counter-Defendants. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, but believe the foregoing to be true.

14. Answering Paragraph 13 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, but believe the foregoing to be true.

15. Answering Paragraph 14 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, but believe the foregoing to be true.

16. Answering Paragraph 15 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis deny each and every allegation contained therein.

17. Answering Paragraph 16 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, but believe the foregoing to be true.

18. Answering Paragraph 17 of the Counterclaim, Counter-Defendants are informed and believe that the allegations are true.

19. Counter-Defendants deny the allegations in Paragraph 18 of the Counterclaim, as it relates to these answering Defendants.

20. Counter-Defendants deny the allegations in Paragraph 19 of the Counterclaim, as it relates to these answering Defendants.

## FIRST COUNTERCLAIM

21. Answering Paragraph 20 of the Counterclaim, Counter-Defendants are without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

22. Answering Paragraph 21 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, but believe the foregoing to be true.

23. Counter-Defendants deny the allegations in Paragraph 22 of the Counterclaim, as it relates to these answering Counter-Defendants.

24. Answering Paragraph 23 of the Counterclaim, Counter-Defendants are informed and believe that the allegations are true.

25. Counter-Defendants deny the allegations in Paragraph 24 of the Counterclaim, as it relates to these answering Counter-Defendants.

## SECOND COUNTERCLAIM

26. Answering Paragraph 25 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

27. Answering Paragraph 26 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, but believe the foregoing to be true.

28. Answering Paragraph 27 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

29. Answering Paragraph 28 of the Counterclaim, Counter-Defendants deny that they owe indemnification and/or contribution to the Counterclaimant. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## THIRD COUNTERCLAIM

30. Answering Paragraph 29 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained

1  in said paragraph, and on that basis deny each and every allegation contained therein.

2      31.    Counter-Defendants deny the allegations in Paragraph 30 of the Counterclaim, as it relates to these answering Counter-Defendants.

### FOURTH COUNTERCLAIM

    32.    Answering Paragraph 31 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

    33.    Answering Paragraph 32 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

    34.    Answering Paragraph 33 of the Counterclaim, Counter-Defendants deny that they are responsible and/or carry and liability for any of the damages claimed by the Counterclaimant. Further, Counter-Defendants deny that they indemnity to the Counterclaimants. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each an every allegation contained therein.

    35.    Answering Paragraph 34 of the Counterclaim, Counter-Defendants deny that they are liable for any costs incurred, and to be incurred to remove, clean-up and/or remediate any alleged hazardous substance contamination of the soil and groundwater in and around the property. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each an every allegation contained therein.

### FIFTH COUNTERCLAIM

    36.    Answering Paragraph 35 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

    37.    Counter-Defendants deny the allegations in Paragraph 36 of the Counterclaim, as it relates to these answering Counter-Defendants.

## SIXTH COUNTERCLAIM

38. Answering Paragraph 37 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

39. Counter-Defendants deny the allegations in Paragraph 38 of the Counterclaim, as it relates to these answering Counter-Defendants. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

40. Counter-Defendants deny the allegations in Paragraph 39 of the Counterclaim, as it relates to these answering Counter-Defendants.

41. Counter-Defendants deny the allegations in Paragraph 40 of the Counterclaim, as it relates to these answering Counter-Defendants.

## SEVENTH COUNTERCLAIM

42. Answering Paragraph 41 of the Counterclaim, Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

43. Counter-Defendants deny the allegations in Paragraph 42 of the Counterclaim, as it relates to these answering Counter-Defendants. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

44. Counter-Defendants deny the allegations in Paragraph 43 of the Counterclaim, as it relates to these answering Counter-Defendants. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

45. Counter-Defendants deny the allegations in Paragraph 44 of the Counterclaim, as it relates to these answering Counter-Defendants. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

As a first affirmative defense to each cause of action of the Counterclaim, the Counterclaimant fails to state a cause of action upon which relief can be granted.

As a second affirmative defense to each cause of action of the Counterclaim, Counterclaimants' Counterclaim and causes of action therein are barred by the applicable statute of limitations, including but not limited to 42 U.S.C. section 9613; California Health and Safety Code Section 25360.4 and 25399, 42 USC 6972, California Code of Civil Procedure sections 335.1, 337, 338, 338.1, 339, 340 and 343

As a third affirmative defense to each cause of action of the Counterclaim, Counterclaimant was partially, if not wholly, negligent or otherwise at fault on its own part and should be barred from recovery of that portion of the damages directly attributable to its proportionate share of the negligence or fault, pursuant to the doctrine of comparative negligence.

As a fourth affirmative defense to each cause of action of the Counterclaim, the damages sustained by Counterclaimant, if any, were caused, in whole or in part, by the negligence or fault of others for which Counter-Defendants were not liable or responsible.

As a fifth affirmative defense to each cause of action of the Counterclaim, Counter-Defendant alleges that Counterclaimant assumed whatever risk or hazard, if any, that existed at the time and place set forth in the Counterclaim, and said assumption of risk or hazard is imputed to said Counterclaimant.

As a sixth affirmative defense to each cause of action of the Counterclaim, there is a defect or misjoinder of parties pursuant to California Code of Civil Procedure 430.10(d) and Federal Rule of Civil Procedure Rules 19-22. Specifically, Counterclaimant failed to join all parties necessary for final determination of this action.

As a seventh affirmative defense to each cause of action of the Counterclaim, Counterclaimant has failed to mitigate its damages.

As an eighth affirmative defense to each cause of action of the Counterclaim, the Counterclaimant, and each cause of action therein, is barred by the doctrine of laches.

As a ninth affirmative defense to each cause of action of the Counterclaim, the Counterclaimant, and each cause of action therein, is barred by the doctrine of unclean hands.

As a tenth affirmative defense to each cause of action of the Counterclaim, Counterclaimant fails to state a claim upon which an award of attorney fees can be made.

As an eleventh affirmative defense to each cause of action of the Counterclaim, Counter-Defendants allege that Counterclaimant's claims are barred by the doctrine of waiver.

As a twelfth affirmative defense to each cause of action of the Counterclaim, Counter-Defendants allege that Counterclaimant's claims are barred by the doctrine of estoppel.

As a thirteenth affirmative defense to each cause of action of the Counterclaim, Counter-Defendants allege that Counterclaimant has failed to join indispensable parties necessary for the adjudication of the matters alleged.

As a fourteenth affirmative defense to each cause of action of the Counterclaim, all conduct and activities, if any, of Counter-Defendants, as alleged in the Counterclaim complied with the statutes, rules and regulations existing at all relevant times alleged in the Counterclaim.

As a fifteenth affirmative defense to each cause of action of the Counterclaim, the Counterclaim fails to state a cause of action upon which relief can be granted because Counterclaimant failed to provide Counter-Defendants with prior notice of the claim(s) as required by statute.

As a sixteenth affirmative defense to each cause of action of the Counterclaim, Counter-Defendants allege that the Counterclaimant has not incurred any cognizable response costs.

As a seventeenth affirmative defense to each cause of action of the Counterclaim, Counter-Defendants presently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, defenses available. Counter-Defendants reserve herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

///

///

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Counter-Defendants demand a trial by jury on all issues so triable.

**PRAYER**

WHEREFORE, these answering Counter-Defendants pray for judgment as follows:

1. That Counterclaimant take nothing by reason of its Counterclaim on file herein;

2. For reasonable attorneys fees;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court deems just and proper.

DATED: March 10, 2008                BURNHAM BROWN

By _____
DEREK H. LIM
Attorneys for Defendants, Cross-Defendants, Cross-Complainants and Counter-Defendants DWIGHT W. PERRY and CARLTON L. PERRY

851316