**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 24, 2008

RE: CV 07-05354 MHP    BRUCE A. BURROWS-v- DWIGHT W. PERRY

Default is entered as to **Cross-Defendants Dublin Town & County Associates and William F. Kartozian** on **March 24, 2008.**.

                                          RICHARD W. WIEKING, Clerk

                                          by Gina Agustine-Rivas
                                          Case Systems Administrator

NDC TR-4  Rev. 3/89