EDWARD W. POLSON, State Bar No. 062423
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Tel: (925) 225-9600
Fax: (925) 463-3110
Email: epolson@sbcglobal.net

Attorney for Cross-Defendant Gabriel H. Chiu,
as Trustee of the Chiu Family Trust

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK, and SEUNG HEE PARK<br><br>Defendants.<br><br>GABRIEL H. CHIU, Trustee of the CHIU FAMILY TRUST,<br><br>Cross-Claimant,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, NAM SUN PARK, SEUNG HEE PARK, KWANG SUK LEE, KUI JA LEE, DUBLIN TOWN & COUNTRY ASSOCIATES, a partnership, and WILLIAM F. KARTOZIAN,<br><br>Counter-Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | CASE NO.: 3:07-cv-05354 MHP<br><br>COMPLAINT FILED: 10/19/07<br>TRIAL DATE            None Set<br><br>DECLARATION OF SERVICE |

Attached herewith are two (2) Declarations of Service of Summons in a Civil Case and Counterclaim of Gabriel H. Chiu, as Trustee of the Chiu Family Trust in the above referenced matter.

William F. Kartozian was personally served on March 18, 2008.

Dublin Town & Country Associates, a general partnership, was served on March 18, 2008 by personal service on William F. Kartozian as its General Partner.

Service has been completed on all counter-defendants except counter-defendant Kwang Suk Lee and Kui Ja Lee whose addresses are unknown at this time.

Dated: March 27, 2008

EDWARD W. POLSON
Attorney for Gabriel H. Chiu, Trustee of the
CHIU FAMILY TRUST

**DECLARATION RE: Personal Service**
**I Robert A. Capurro declare;**
I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action. I am a Registered Process Server #252 Contra Costa County.
**My Business Address;**
P.O. Box 277, Danville, Ca. 94526-0277
**On the Date ;**
03/18/08 at 12:05 pm
**I Personally Served ;**
William F. Kartozian
**At the Address ;**
318 Diablo Road, Suite 250, Danville, Ca. 94526
**With Copies of ;**
Summons in a Civil Case, Counterclaim of Gabriel H. Chiu , as Trustee of the Chiu Family Trust
**In the Matter of;**
Burrows, et al. v. Perry, et al. – U.S District Court Case # 3:07-CV-05354-MHP

**I swear under penalty of perjury the foregoing is correct and true.**
**Executed on:**          **At:**
03/24/08                  Danville, Ca. 94526

_____

Robert A. Capurro – Reg. Process Server #252
Contra Costa County (510)882-5288

**DECLARATION RE: Personal Service**
**I Robert A. Capurro declare;**
I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action. I am a Registered Process Server #252 Contra Costa County.
**My Business Address;**
P.O. Box 277, Danville, Ca. 94526-0277
**On the Date ;**
03/18/08 at 12:05 pm
**I Personally Served ;**
Dublin Town & Country Associates, a partnership – William F. Kartozian / Agent
**At the Address ;**
318 Diablo Road, Suite 250, Danville, Ca. 94526
**With Copies of ;**
Summons in a Civil Case, Counterclaim of Gabriel H. Chiu , as Trustee of the Chiu Family Trust
**In the Matter of;**
Burrows, et al. v. Perry, et al. – U.S District Court Case # 3:07-CV-05354-MHP

**I swear under penalty of perjury the foregoing is correct and true.**
**Executed on:**           **At:**
03/24/08                    Danville, Ca. 94526

*[signature]*
-----------------------------------------

Robert A. Capurro – Reg. Process Server #252
Contra Costa County (510)882-5288