Greggory C. Brandt (Bar No. 189487)
Alexandra L. Foote (Bar No. 225695)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Cross-Defendants and
Counterdefendants William F. Kartozian and Dublin
Town & Country Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 07 5354 MHP<br><br>**APPLICATION FOR RELIEF FROM DEFAULT**<br><br>Date:　　　　June 30, 2008<br>Time:　　　　2:00 p.m.<br>Courtroom:　　15<br>Judge:　　　　Hon. Marilyn Hall Patel |

　　　　Please take notice that on June 30, 2008 at 2 p.m. or as soon thereafter as counsel may be heard in the above-entitled Court, Cross-Defendants William F. Kartozian and Dublin Town & Country Associates will and hereby do move the Court pursuant to Rule 55(c) of the Federal Rules of Civil Procedure to set aside the Default entered by the Clerk on March 24, 2008.

　　　　This motion is brought because good cause to set aside the default can be shown as a result of excusable neglect on the part of William F. Kartozian, because Mr. Kartozian and Dublin Town & Country Associates have good and meritorious defenses to the cross-claims alleged against them and because opposing parties will not be prejudiced.

1  This motion is based on this Application for Relief from Default, the Memorandum of
2  Points and Authorities filed herewith, the Declarations of William F. Kartozian and Greggory C.
3  Brandt and upon such other matters as may be presented to the Court at the time of the hearing.

4  Dated: April 18, 2008                              Wendel, Rosen, Black & Dean LLP

6                                                    By: /s/ Greggory C. Brandt
7                                                         Greggory C. Brandt
                                                          Attorneys for Cross-Defendant and
8                                                         Counterdefendants William F. Kartozian and
                                                          Dublin Town & Country Associates

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

000010.0001\845372.1

*APPLICATION FOR RELIEF FROM DEFAULT - Case No. C 07 5354 MHP*       - 2 -