Greggory C. Brandt (Bar No. 189487)
Alexandra L. Foote (Bar No. 225695)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Cross-Defendants and
Counterdefendants William F. Kartozian and Dublin
Town & Country Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 07 5354 MHP<br><br>**DECLARATION OF GREGGORY C. BRANDT IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT**<br><br>Date:      June 30, 2008<br>Time:     2:00 p.m.<br>Courtroom: 15<br>Judge:    Hon. Marilyn Hall Patel |

I, Greggory C. Brandt, declare as follows:

**1.** I am an attorney licensed to practice law in the State of California and a partner with the law firm of Wendel, Rosen, Black & Dean, LLP, counsel to Cross-Defendants and Counterdefendants William F. Kartozian and Dublin Town & Country Associates. I have personal knowledge of the facts stated in this declaration, and if called upon to testify regarding this declaration, I could and would do so.

**2.** I have attached hereto as **Exhibit A,** a true and correct copy of the Shopping Center Lease Agreement for the Crow Canyon Cleaners dated April 3, 1985 ("1985 Lease").

///

**3.** I have attached hereto as **Exhibit B** an August 8, 1994 Extension of Lease and, as **Exhibit C**, an August 8, 1994 Assignment from the original lessees to Kwang Suk Lee and Kui Jai Lee (the "Lees").

**4.** I have attached hereto as **Exhibit D**, a December 6, 1999 Extension of Lease and, as **Exhibit E**, an Assignment from the Lees to Nam Sun Park and Seung Hee Park (the "Parks"), which the Parks executed on December 7, 1999.

**5.** I met with Mr. Kartozian on Friday, April 11, 2008 and this firm agreed to act as counsel for Mr. Kartozian and Dublin Town & Country Associates. On Monday, April 14, 2008, I sent a letter to Jan Greben, attorney for Nam Sun Park and Seung Hee Park, indicating that this firm was representing William F. Kartozian and Dublin Town & Country Associates and that I would be filing a motion to set aside the default. A true and correct copy of my letter is attached hereto as **Exhibit F**.

**6.** On April 16, 2008, Alexandra Foote, an attorney in this office, met with counsel for several of the parties in this action at a meeting with the Alameda County Health Agency. On April 17, I spoke with Karl Morthole, counsel for Bruce A. Burrows and James A. Roessler, Ed Polson, counsel for the Chiu Family Trust, and Thomas Downey, counsel for Dwight W. Perry and Carlton L. Perry. On April 18, I left a message for Jan Greben, counsel for the Parks. Cross-Defendants are also gathering documents to provide to opposing counsel. William Kartozian and I plan to attend the May 1, 2008 Settlement Conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 18, 2008                    /s/ Greggory C. Brandt
                                                    Greggory C. Brandt

*DECLARATION OF GREGGORY C. BRANDT IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT - Case No. C 07 5354 MHP*        - 2 -

000010.0001\845472.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036