Greggory C. Brandt (Bar No. 189487)
Alexandra L. Foote (Bar No. 225695)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Attorneys for Cross-Defendants and
Counterdefendants William F. Kartozian and Dublin
Town & Country Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  C 07 5354 MHP<br><br>**DECLARATION OF WILLIAM F. KARTOZIAN IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT**<br><br>Date:         June 30, 2008<br>Time:        2:00 p.m.<br>Courtroom: 15<br>Judge:       Hon. Marilyn Hall Patel |

I, William F. Kartozian, declare as follows:

**1.** I am a party to this action and I am a partner in Dublin Town & Country Associates. I have personal knowledge of the facts stated in this declaration, and if called upon to testify regarding this declaration, I could and would do so.

**2.** On or around January 29, 2008, a guest at my house was handed a copy of Nam Sun Park and Seung Hee Park's Crossclaims against Dwight W. Perry, Carlton L. Perry, Kwang Suk Lee, Kui Ja Lee, Dublin Town & Country Associates, William F. Kartozian and Gabriel H.

1  Chiu, as trustee of the Chiu Family Trust, the Summons in a Civil Case and other documents
2  related to this action. I was not home at the time.

3      **3.**    On January 31, 2008, I sent via FedEx a copy of the documents, including the
4  summons and complaint, to my insurance broker, Mike Brunn. I understood that a response to
5  the cross-claims was required, so I followed up with an email to Mr. Brunn on February 6, 2008.
6  I spoke with Mike Brunn on February 7, 2008. It was my understanding, based on that telephone
7  conversation, that the claims were being tendered and that the insurance carriers would respond
8  within the necessary time or would take other action to protect my interests.

9      **4.**    On February 20, 2008, I sent an email to Mr. Brunn asking about the status. Mr.
10  Brunn and I exchanged emails over the next few weeks and on March 19, 2008, I was also
11  personally served with a copy of the Counterclaim of Gabriel H. Chiu, as Trustee of the Chiu
12  Family Trust. On March 19, I informed Mr. Brunn about the service of the counterclaim and
13  asked about the status. Mr. Brunn indicated that one of the carriers, Fireman's Fund, was in the
14  process of assigning an attorney. I understood this to mean that the assigned attorney would
15  provide assistance on my behalf. I believed that Fireman's Fund had agreed to defend the claims
16  against me but might have agreed to do so under a reservation of rights.

17      **5.**    On March 21, 2008, I spoke with a representative of Fireman's Fund about this
18  lawsuit. I was told that the representative was gathering coverage information to determine if
19  coverage existed. On March 31, 2008, I followed up with an email to the carrier to find out the
20  status. I specifically asked for reassurance that my interests were being protected. Later that
21  same day I received a phone call followed by an email from the carrier indicating that it would
22  not be defending my interests and that I should retain my own attorney.

23      **6.**    I had a cataract operation on April 2, 2008 and a second one on April 9, 2008. I
24  had a series of appointments with my doctor before and after the surgeries.

25      **7.**    No one in Jan Greben's office contacted me to indicate that a default would be
26  filed. After my March 31 discussions with the insurance carrier, I immediately took action to
27  retain my own attorneys. During the week of March 31, I had several conversations with an
28  attorney about this matter. It turns out that the firm I originally contacted had a conflict, but

*DECLARATION OF WILLIAM F. KARTOZIAN IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT - Case No. C 07 5354 MHP*     - 2 -

000010.0001\845379.1

1 referred me to Wendel, Rosen, Black & Dean LLP. I spoke with Donald Simon during the week
2 of April 7, 2008 and met with Mr. Simon and Greggory Brandt on April 11, 2008 to retain
3 Wendel, Rosen, Black & Dean LLP as my attorneys.

4     **8.** I believe that I have a series of defenses to the cross-claims and counterclaims
5 filed against me. I have attached a copy of the answer that I propose to file in this action once the
6 default is set aside.

7 I declare under penalty of perjury under the laws of the State of California that the
8 foregoing is true and correct.

9 Dated: April 18, 2008                 /s/ William F. Kartozian
                                                                                                        William F. Kartozian

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

000010.0001\845379.1

*DECLARATION OF WILLIAM F. KARTOZIAN IN
SUPPORT OF APPLICATION FOR RELIEF FROM*     - 3 -
*DEFAULT - Case No. C 07 5354 MHP*