Greggory C. Brandt (Bar No. 189487)
Alexandra L. Foote (Bar No. 225695)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Attorneys for Cross-Defendants and
Counterdefendants William F. Kartozian and Dublin
Town & Country Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  C 07 5354 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date:            June 30, 2008<br>Time:           2:00 p.m.<br>Courtroom:   15<br>Judge:          Hon. Marilyn Hall Patel |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 18, 2008                         Wendel, Rosen, Black & Dean LLP


                                              By: /s/ Greggory C. Brandt
                                                  Greggory C. Brandt
                                                  Attorneys for Cross-Defendant and
                                                  Counterdefendants William F. Kartozian and
                                                  Dublin Town & Country Associates

*CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - Case No.  C 07 5354 MHP*

000010.0001\845371.1