Greggory C. Brandt (Bar No. 189487)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Cross-Defendants and
Counterdefendants William F. Kartozian and Dublin
Town & Country Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 07 5354 MHP<br><br>**STIPULATION TO EXTEND THE TIME FOR COUNTERDEFENDANTS WILLIAM F. KARTOZIAN AND DUBLIN TOWN & COUNTRY ASSOCIATES TO RESPOND TO THE COUNTERCLAIM OF GABRIEL H. CHIU, AS TRUSTEE OF THE CHIU FAMILY TRUST** |

Counterdefendants WILLIAM F. KARTOZIAN and DUBLIN TOWN & COUNTRY ASSOCIATES and defendant and counterclaimant GABRIEL H. CHIU, as Trustee of the CHIU FAMILY TRUST hereby stipulate to extend the time for William F. Kartozian and Dublin Town & Country Associates to respond to the Counterclaim of Gabriel H. Chiu, as Trustee of the Chiu Family Trust ("Counterclaim").

The parties have not previously requested an extension of time to respond to the Counterclaim. William F. Kartozian and Dublin Town & Country Associates now have up to and including April 22, 2008 to file a response to the Counterclaim.

/ / /

1  Dated: April 17, 2008				Wendel, Rosen, Black & Dean LLP

3						By: _____
						Greggory C. Brandt
4						Attorneys for Cross-Defendants and
						Counterdefendants William F. Kartozian
5						and Dublin Town & Country Associates

6  Dated: April ____, 2008

8						By:_____
						Edward W. Polson
9						Attorneys for Cross-Defendant Gabriel H.
						Chiu, as Trustee of the Chiu Family Trust

*STIPULATION TO EXTEND THE TIME FOR COUNTERDEFENDANTS TO RESPOND*

- 2 -

Case No. C 07 5354 MHP

000010.0001\845303.2

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

...

1  Dated: April ____, 2008                Wendel, Rosen, Black & Dean LLP

2

3                                         By: _____
4                                             Greggory C. Brandt
                                              Attorneys for Cross-Defendants and
                                              Counterdefendants William F. Kartozian
5                                             and Dublin Town & Country Associates

6  Dated: April 17, 2008

7

8                                         By: /s/ Edward W. Polson
                                              Edward W. Polson
9                                             Attorneys for Cross-Defendant Gabriel H.
                                              Chiu, as Trustee of the Chiu Family Trust
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

000010.0001\845303.2

STIPULATION TO EXTEND THE TIME FOR               - 2 -                    Case No. C 07 5354 MHP
COUNTERDEFENDANTS TO RESPOND