1  **GREBEN & ASSOCIATES**
   1332 ANACAPA, SUITE 110
2  SANTA BARBARA, CA 93101
   TELEPHONE: (805) 963-9090
3  FACSIMILE: (805) 963-9098

4  Jan A. Greben, State Bar No. 103464
   jan@grebenlaw.com
5  Jenna L. Motola, State Bar No. 246738
   jenna@grebenlaw.com
6

7  **LAW OFFICES OF MARTIN DEUTSCH**
   440 NORTH FIRST STREET, SUITE 200
8  SAN JOSE, CA 95112
   TELEPHONE: (408) 947-1760
9  FACSIMILE: (408) 947-0349

10  Martin Deutsch, State Bar No. 111409

11  Attorneys for Defendant NAM SUN PARK
    and SEUNG HEE PARK.
12

13

14                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
15

16
    BRUCE A. BURROWS and JAMES A.            Case No. C 07 5354 MHP
17  ROESSLER,
                              Plaintiffs,
18                                            COMPLAINT FILED:        10/19/07
                                              TRIAL DATE:             None Set
19  v.

20  DWIGHT W. PERRY, CARLTON L.
    PERRY, KWANG SUK LEE, KUI JA LEE,
21  NAM SUN PARK and SEUNG HEE PARK.
                                              **STIPULATION AND ORDER TO STAY
22                            Defendants                CASE**

23

24

25

26     The parties in this case have agreed to stay all pending litigation until September 1, 2008,

27  pending Court approval. A copy of said stipulation--which is handwritten because it was agreed

28
                                           1
    STIPULATION AND ORDER TO STAY CASE

to during a settlement conference last week--is attached hereto as Exhibit "A" and incorporated herein by this reference.

At this time, the following matters are on calendar prior to September 1, 2008.

1. Response to Kartozian Counter Claim and Cross Claim, due from those parties that have been named, by May 12, 2008;

2. Case Management Conference on June 2, 2008 at 3 pm; and

3. Kartozian motion for relief from default, scheduled for June 30, 2008 at 2 pm, with responses to this pending motion due by June 9, 2008.

The parties request that the Court stay these matters and any other prospective litigation until September 1, 2008. The parties further respectfully request that the Court reschedule the pending Case Management Conference to a date convenient to the Court shortly after September 1, 2008.

Dated: May 7, 2008                                          GREBEN & ASSOCIATES

                                                            _____
                                                            JAN A. GREBEN
                                                            JENNA L. MOTOLA
                                                            Counsel for Defendants NAM SUN PARK
                                                            and SEUNG HEE PARK

**IT IS SO ORDERED.**

Dated:                                                      _____
                                                            HONORABLE MARILYN HALL PATEL
                                                            United States District Court Judge

# EXHIBIT "A"

1 of 4

May 1, 2008

(1) Plaintiffs Bruce Burrows and Jim Rowder
(2) Defendants the Perrys
(3) Defendants the Parks
(4) Cross-Defendant the Chin Family Trust, are parties to this agreement for cost-sharing, and hereby agree each to contribute $10,000, for a total of $40,000, to be available for payment for the costs of the next phase of response, consisting of investigation and remediation of PCE-contamination at the site. This agreement and the cost shares shall not constitute admissions by any of the four parties of any responsibility or liability or of any allocation as to other costs in this action. The Perrys, Parks and Chin Family Trust will pay their shares to the Plaintiffs, who will deposit that $30,000 along with their $10,000, into a separate account, from which costs will be paid. Each party will receive a full accounting, have the opportunity to review and comment on proposed work and to consent to DTSC or Alameda County. Each party reserves all rights against the other parties and any third parties for

any costs previously incurred or to be incurred beyond this $40,000, and each of the parties to this agreement reserves its rights against any third party as to its share under this agreement.

Each party agrees to a stay on formal discovery, motions or other activity in this action, subject to approval by the court until September 1, 2008, in order to allow work to occur and further information to be developed. The parties agree to return for a further settlement conference upon a date clear on Magistrate Judge Laporte's calendar.

X ~~This agreement~~ X

cross Defendants Dublin Town & Country Associates and William Kartozian, who are otherwise not parties to this agreement, agree to the stay on formal discovery, motions or other activity in this action, subject to approval by the court until September 1, 2008, and the parties to this agreement agree that the stay will also apply to them.

Chin Family Trust reserves all rights it may have to recover its $10,000 payment under this Agreement from Plaintiffs

Plaintiffs

*[signature]* Bruce Burrows

*[signature]* Jim Rosetein

*[signature]* Karl R. Morthole
Karl R. Morthole
Plaintiffs Counsel

Chin Family Trust
by *[signature]* Gabriel Chin, Trustee

*[signature]* Edward Polson
Edward Polson,
Counsel for Chin
Family Trust

Defendants the Perrys

*[signature]* Dwight Perry

*[signature]* Tarlton Perry

*[signature]* Thomas Downey } Counsel for the Perrys

*[signature]* Dick Tan

Defendants the Parks

*[signature]* Nam Sun Park
Mr. Park

*[signature]* Jan Brown
Tristan Snedeck } Counsel for the Parks

Dublin Town and County Associates, a General Partnership

by William Kartozian, General Partner

William Kartozian, for himself

Gregory Brandt,
Counsel for Dublin Town &
County Associates and
William Kartozian