1  **GREBEN & ASSOCIATES**
   1332 ANACAPA, SUITE 110
2  SANTA BARBARA, CA 93101
   TELEPHONE: (805) 963-9090
3  FACSIMILE: (805) 963-9098

4  Jan A. Greben, State Bar No. 103464
   jan@grebenlaw.com
5  Jenna L. Motola, State Bar No. 246738
   jenna@grebenlaw.com
6

7  **LAW OFFICES OF MARTIN DEUTSCH**
   440 NORTH FIRST STREET, SUITE 200
8  SAN JOSE, CA 95112
   TELEPHONE: (408) 947-1760
9  FACSIMILE: (408) 947-0349

10 Martin Deutsch, State Bar No. 111409

11 Attorneys for Defendant NAM SUN PARK
   and SEUNG HEE PARK.
12

13

14                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
15

16
   BRUCE A. BURROWS and JAMES A.          Case No. C 07 5354 MHP
17 ROESSLER,
                          Plaintiffs,
18                                         COMPLAINT FILED:        10/19/07
                                           TRIAL DATE:             None Set
19 v.

20 DWIGHT W. PERRY, CARLTON L.
   PERRY, KWANG SUK LEE, KUI JA LEE,
21 NAM SUN PARK and SEUNG HEE PARK.
                                           **STIPULATION AND ORDER TO STAY
22                        Defendants         CASE**

23

24

25

26     The parties in this case have agreed to stay all pending litigation until September 1, 2008,

27 pending Court approval. A copy of said stipulation--which is handwritten because it was agreed

28
                                          1
   STIPULATION AND ORDER TO STAY CASE

to during a settlement conference last week--is attached hereto as Exhibit "A" and incorporated herein by this reference.

At this time, the following matters are on calendar prior to September 1, 2008.

1. Response to Kartozian Counter Claim and Cross Claim, due from those parties that have been named, by May 12, 2008;

2. Case Management Conference on June 2, 2008 at 3 pm; and

3. Kartozian motion for relief from default, scheduled for June 30, 2008 at 2 pm, with responses to this pending motion due by June 9, 2008.

The parties request that the Court stay these matters and any other prospective litigation until September 1, 2008. The parties further respectfully request that the Court reschedule the pending Case Management Conference to a date convenient to the Court shortly after September 1, 2008. **A FURTHER CASE MANAGEMENT CONFERENCE SHALL BE HEARD ON SEPTEMBER 8, 2008 AT 3:00 P.M.**

Dated: May 7, 2008                           GREBEN & ASSOCIATES

                                             _____
                                             JAN A. GREBEN
                                             JENNA L. MOTOLA
                                             Counsel for Defendants NAM SUN PARK
                                             and SEUNG HEE PARK

**IT IS SO ORDERED.**

Dated: 5/8/2008



# EXHIBIT "A"

1 of 4

May 1, 2008

(1) Plaintiffs Bruce Burrows and Jim Rowder
(2) Defendants the Perrys
(3) Defendants the Parks
(4) Cross-Defendant the Chin Family Trust, are parties to this agreement for cost-sharing, and hereby agree each to contribute $10,000, for a total of $40,000, to be available for payment for the costs of the next phase of response, consisting of investigation and remediation of PCE-contamination at the site. This agreement and the cost shares shall not constitute admissions by any of the four parties of any responsibility or liability or of any allocation as to other costs in this action. The Perrys, Parks and Chin Family Trust will pay their shares to the Plaintiffs, who will deposit that $30,000 along with their $10,000, into a separate account, from which costs will be paid. Each party will receive a full accounting, have the opportunity to review and comment on proposed work and to comment to DTSC or Alameda County. Each party reserves all rights against the other parties and any third parties for

any costs previously incurred or to be incurred beyond this $40,000, and each of the parties to this agreement reserves its rights against any third party as to its share under this agreement.

Each party agrees to a stay on formal discovery, motions or other activity in this action, subject to approval by the court until September 1, 2008, in order to allow work to occur and further information to be developed. The parties agree to return for a further settlement conference upon a date clear on Magistrate Judge Laporte's calendar.

X ~~This agreement~~ X

cross Defendants District Town & Country Associates and William Kantozian, who are otherwise not parties to this agreement, agree to the stay on formal discovery, motions or other activity in this action, subject to approval by the court until September 1, 2008, and the parties to this agreement agree that the stay will also apply to them.

Chin Family Trust reserves all rights it may have to recover its $10,000 payment under this Agreement from Plaintiffs

Plaintiffs

*/s/ Bruce Burrows*
Bruce Burrows

*/s/ Jim Rosstein*
Jim Rosstein

*/s/ Karl R. Morthole*
Karl R. Morthole
Plaintiffs' Counsel

Chin Family Trust
by */s/ Gabriel Chin, Trustee*
Gabriel Chin, Trustee

*/s/ Edward Poton*
Edward Poton,
Counsel for Chin Family Trust

Defendants the Perrys

*/s/ Dwight Perry*
Dwight Perry

*/s/ Taulton Perry*
Taulton Perry

*/s/ Thomas Downey* } Counsel for the Perrys

*/s/ Dick Tsai*
Dick Tsai

Defendants the Parks

*/s/ Nam Sun Park*
Nam Sun Park
Mrs. Park

*/s/ Jan Brown* } Counsel
*/s/ Tristan Pentack* for the Parks

Dublin Town and County Associates, a General Partnership

by William Kartozian, General Partner

William Kartozian, for himself

*[signature]*

Gregory Brandt,
Counsel for Dublin Town &
County Associates and
William Kartozian