**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:  May 1, 2008        Time: 5 hours

Case No:  **C-**07-5354 MHP (EDL)

Case Name: Bruce A. Barrows, et al v Dwight W. Perry, et al

    Deputy Clerk:  Lili M. Harrell        Court Reporter:

    Attorneys:  Pltf:   Karl Morthole
                 Deft:  Thomas Downey, Derek Lim (Perry dfts)
                       Martin Deutsch, Jan Greben (Park dfts)
                       Greggory Brandt (Dublin Town & Country)
                       Edward Polson (Chiu Family Trust)

**PROCEEDINGS**

[X]   SETTLEMENT CONFERENCE          []   FURTHER SETTLEMENT CONFERENCE

      []   Case settled

      []   Did not settle

      []   Partial settlement *

[]   DISCOVERY CONFERENCE

[]   STATUS CONFERENCE RE:_____

[]   TELEPHONIC CONFERENCE RE:_____

[]   OTHER:_____

CASE CONTINUED TO:_ FOR _

NOTES:   *Parties stipulate to seek stay of this matter.
cc: