1  Greggory C. Brandt (Bar No. 189487)
   Donald S. Simon (Bar No. 189992)
2  Alexandra L. Foote (Bar No. 225695)
   **WENDEL, ROSEN, BLACK & DEAN LLP**
3  1111 Broadway, 24th Floor
   Oakland, CA  94607-4036
4  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
5
   Attorneys for Cross-Defendants and
6  Counterdefendants Dublin Town & Country
   Associates and William F. Kartozian
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  C 07 5354 MHP<br><br>**NOTICE OF APPEARANCE OF COUNSEL AND WENDEL, ROSEN, BLACK & DEAN, LLP FOR CROSS-DEFENDANTS/COUNTERDEFENDANTS DUBLIN TOWN & COUNTRY ASSOCIATES AND WILLIAM F. KARTOZIAN** |

22        Pursuant to the Court's General Order 45, Section IV.C.A.,

23        NOTICE IS HEREBY GIVEN that Cross-Defendants and Counterdefendants Dublin

24  Town & Country Associates' and William F. Kartozian's counsel of record Greggory C. Brandt

25  of Wendel, Rosen, Black & Dean LLP ("Wendel Rosen") is joined by additional counsel,

26  Donald S. Simon and Alexandra L. Foote of Wendel Rosen.

27  / / /

28  / / /

1   NOTICE IS FURTHER GIVEN that all notices, briefs, orders and other communication

2   shall be served on Wendel Rosen as follows:

| | | |
|---|---|---|
| Greggory C. Brandt<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA  94607-4036 | Telephone:<br>Facsimile:<br>Email: | (510) 834-6600<br>(510) 588-4854<br>gbrandt@wendel.com |
| Alexandra L. Foote<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA  94607-4036 | Telephone:<br>Facsimile:<br>Email: | (510) 834-6600<br>(510) 588-4854<br>afoote@wendel.com |
| Wendel, Rosen Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA  94607-4036<br>Attention: Calendar Department | Telephone:<br>Facsimile:<br>Email: | (510) 834-6600<br>(510) 588-4854<br>calendar@wendel.com<br>srogers@wendel.com<br>lalvarado@wendel.com |

Dated: June 11, 2008                         Wendel, Rosen, Black & Dean LLP


By:  /s/ *Alexandra L. Foote*
   Alexandra L. Foote
   Attorneys for Cross-Defendants and
   Counterdefendants Dublin Town &
   Country Associates and William F.
   Kartozian