KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and
JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER, Plaintiffs<br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>Defendants. | CASE NO. C 07-5354 MHP<br><br>JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND ~~(PROPOSED)~~ ORDER<br><br>DATE: September 8, 2008<br><br>TIME: 3:00 p.m. |

Pursuant to this Court's Civil Local Rule ("Civ. L.R.") 16-9, the parties jointly submit this Status/Case Management Statement, Stipulation, and Proposed Order. Each party certifies that its lead trial counsel who will try this case met and conferred for the preparation of this Statement as required by Civ. L.R. 16-3.

The parties make the following representations and stipulations:

## A. JOINT STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION

1. Since June, 2008, a report on additional investigation and a proposed Soil Vapor Extraction Pilot Study Workplan has been prepared and submitted to the Alameda County Division of Environmental Health ("ACDEH") and is presently under review by ACDEH.

2. Since May, 2008, a stay has been in effect upon agreement of the parties and order of this Court until September 1, 2008, and a Status/Case Management Conference has been scheduled for September 8, 2008, at 3:00 p.m.

3. The Plaintiffs, the Perrys Defendants, the Parks Defendants and the Chiu Family Trust Cross-Defendant have been in compliance with their agreement to contribute to and share certain costs reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte.

4. The Plaintiffs, the Perrys Defendants, the Parks Defendants, Cross-Defendant the Chiu Family Trust, and Cross-Defendants Dublin Town & Country Associates and William Kartozian, a general partner in Dublin Town & Country Associates, have all been in compliance with the stay which was part of their agreement reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte.

5. The parties anticipate review and approval shortly by ACDEH of the Soil Vapor Extraction Pilot Study Workplan, and implementation of that workplan immediately thereafter, to be conducted in September and October, 2008. The parties anticipate that the results of that implementation will be reported in November, 2008.

6. With the purpose of minimizing costs to the parties and the waste of time of this Court, all the parties hereby stipulate to continuance of the stay and rescheduling of the Status/Case Management Conference before the Court.

**B. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL**

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until December 15, 2008. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in December, 2008, shortly before December 15, 2008, or such other date that is convenient to the Court.

Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

Jan A. Greben, (by KRM with permission of JAG)
Jan A. Greben, 1332 Anacapa Street, Suite 110, Santa Barbara, CA 93101, 805-963-9090
[Parks Defendants Lead Trial Counsel]

______________________________
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

______________________________
Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

______________________________
Greggory C. Brandt, 1111Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date: August 29, 2008

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By Karl R. Morthole
Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

**B. IDENTIFICATION AND <u>SIGNATURE</u> OF LEAD TRIAL COUNSEL**

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until December 15, 2008. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in December, 2008, shortly before December 15, 2008, or such other date that is convenient to the Court.

Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

______________________________
Jan A. Greben, 1332 Anacapa Street, Suite 110, Santa Barbara, CA 93101, 805-963-9090
[Parks Defendants Lead Trial Counsel]

______________________________
Thomas M. Downey, 1901 Harrison Street, 14th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

______________________________
Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

______________________________
Greggory C. Brandt, 1111Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date: August ___, 2008

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By______________________________
Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

**B. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL**

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until December 15, 2008. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in December, 2008, shortly before December 15, 2008, or such other date that is convenient to the Court.

Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

______________________________
Jan A. Greben, 1332 Anacapa Street, Suite 110, Santa Barbara, CA 93101, 805-963-9090
[Parks Defendants Lead Trial Counsel]

______________________________
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

______________________________
Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

______________________________
Greggory C. Brandt, 1111Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date: August ___, 2008

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By______________________________
Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

**B. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL**

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until December 15, 2008. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in December, 2008, shortly before December 15, 2008, or such other date that is convenient to the Court.

Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

______________________________
Jan A. Greben, 1332 Anacapa Street, Suite 110, Santa Barbara, CA 93101, 805-963-9090
[Parks Defendants Lead Trial Counsel]

______________________________
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

______________________________
Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

______________________________
Greggory C. Brandt, 1111Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date: August 27, 2008

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By______________________________
Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

## ~~(PROPOSED)~~ ORDER

The court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Status/Case Management Statement, Stipulation, and (Proposed) Order filed prior to the date of this conference. The court adopts this statement as modified and enters it as the Order of this court pursuant to Civ. L.R. 16-8(b).

The foregoing joint statement, as amended by setting the date for the next Status/Case Management Conference for December _8_, 2008, is adopted by this court as the Case Management Order in this action in accordance with Civ. L.R. 16 and other applicable Local Rules, and shall govern all further proceedings in this action.

IT IS SO ORDERED.

Date: September 5, 2008

