KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and
JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>　　　Plaintiffs<br><br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br>　　　Defendants. | CASE NO. C 07-5354 MHP<br><br>JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND <s>(PROPOSED)</s> ORDER<br><br>DATE: December 8, 2008<br><br>TIME: 3:00 p.m. |

Pursuant to this Court's Civil Local Rule ("Civ. L.R.") 16-9, the parties jointly submit this Status/Case Management Statement, Stipulation, and Proposed Order. Each party certifies that its lead trial counsel, who will try this case, met and conferred for the preparation of this Statement as required by Civ. L.R. 16-3.

The parties make the following representations and stipulations:

1

JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER
Burrows and Roessler v. Perry, et al.
Case No. 3:07-cv-05354-MHP

## A. JOINT STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION

1. Since June, 2008, a report on additional investigation and a proposed Soil Vapor Extraction Pilot Study Workplan ("Workplan") has been prepared and submitted to the Alameda County Division of Environmental Health ("ACDEH") and is presently under review by ACDEH.

2. Since May, 2008, a stay has been in effect upon agreement of the parties and order of this Court until December 15, 2008, and a Status/Case Management Conference has been scheduled for December 8, 2008, at 3:00 p.m.

3. The Plaintiffs, the Perrys Defendants, the Parks Defendants and the Chiu Family Trust Cross-Defendant have been in compliance with their agreement to contribute to and share certain costs reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte.

4. The Plaintiffs, the Perrys Defendants, the Parks Defendants, Cross-Defendant the Chiu Family Trust, and Cross-Defendants Dublin Town & Country Associates and William Kartozian, a general partner in Dublin Town & Country Associates, have all been in compliance with the stay which was part of their agreement reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte.

5. ACDEH staff advised delay in its review of the Workplan due to workload, but expects to be done soon. The parties anticipate review and approval shortly by ACDEH of the Workplan, and implementation immediately thereafter, to be conducted in January and February, 2009. The parties anticipate that the results of that implementation will be reported in March, 2009.

6. With the purpose of minimizing costs to the parties and the waste of time of this Court, all the parties hereby stipulate to a further continuance of the stay and rescheduling of the Status/Case Management Conference before the Court.

## B. IDENTIFICATION AND <u>SIGNATURE</u> OF LEAD TRIAL COUNSEL

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until April 15, 2009. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in April, 2009, shortly before April 15, 2009, for example Monday, April 6, 2009, or such other date that is convenient to the Court. Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

*Jan A. Greben (by KRM, with permission)*

Jan A. Greben, 1332 Anacapa Street, Suite 110, Santa Barbara, CA 93101, 805-963-9090
[Parks Defendants Lead Trial Counsel]

_____

Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

*Edward W. Polson (by KRM, with permission)*

Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

*Greggory C. Brandt (by KRM, with permission)*

Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date: November 19, 2008

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By *Karl R. Morthole*

Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

3

**JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER**
Burrows and Roessler v. Perry, et al.
Case No. 3:07-cv-05354-MHP

## B. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until April 15, 2009. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in April, 2009, shortly before April 15, 2009, for example Monday, April 6, 2009, or such other date that is convenient to the Court. Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

Ian A. Greben, 1332 Anacapa Street, Suite 110, Santa Barbara, CA 93101, 805-963-9090
[Parks Defendants Lead Trial Counsel]

Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date: November 19, 2008

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By: Karl R. Morthole
Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

## (PROPOSED) ORDER

The court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Status/Case Management Statement, Stipulation, and (Proposed) Order filed prior to the date of this conference. The court adopts this statement as modified and enters it as the Order of this court pursuant to Civ. L.R. 16-8(b).

The foregoing joint statement, as amended by setting the date for the next Status/Case Management Conference for April 20, 2009, is adopted by this court as the Case Management Order in this action in accordance with Civ. L.R. 16 and other applicable Local Rules, and shall govern all further proceedings in this action. **A joint CMC statment shall be filed ten days prior to the conference.**

IT IS SO ORDERED.

Date: 11/26/2008

Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

```
 1 | KARL R. MORTHOLE (CA Bar #112565)
   | Law Offices of Karl R. Morthole
 2 | 57 Post Street
   | Suite 801
 3 | San Francisco, CA 94104
 4 | (415) 986-0227
 5 |
   | Attorney for Plaintiffs
 6 | BRUCE A. BURROWS and JAMES A. ROESSLER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>    Plaintiffs<br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br>    Defendants. | CASE NO. C 07-5354 MHP<br><br>CERTIFICATE OF SERVICE |

I declare that on the date set forth below, I served the attached

**JOINT STATUS/CASE MANAGEMENT STATEMENT,
STIPULATION, AND (PROPOSED) ORDER**

by e-filing on all parties by their counsel so appearing.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date hereinafter set forth.

San Francisco, CA                           /s/ **Karl R. Morthole**
Date: November 25, 2008                     Karl R. Morthole

1
**CERTIFICATE OF SERVICE**
*Burrows and Roessler v. Perry, et al.*
*Case No. 3:07-cv-05354-MHP*