**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
Telephone: (805) 963-9090
Facsimile: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

**LAW OFFICES OF MARTIN DEUTSCH**
440 NORTH FIRST STREET, SUITE 200
SAN JOSE, CA 95112
TELEPHONE: (408) 947-1760
FACSIMILE: (408) 947-0349

Martin Deutsch, State Bar No. 111409

Attorneys for Defendant NAM SUN PARK
and SEUNG HEE PARK.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br><br>Plaintiffs,<br><br>v.<br><br>DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK and SEUNG HEE PARK.<br><br>Defendants | Case No.: C 07 5354 MHP<br><br><br>STIPULATION FOR WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER |

Greben & Associates, co-counsel of record for Defendants, Cross-Claimants and Counter-Claimants, NAM SUN PARK and SEUNG HEE PARK ("the Parks") and the Parks hereby stipulate

1

1  to Greben & Associates' withdrawal as counsel of record for the Parks. The Law Offices of Martin
2  Deutsch will continue to represent the Parks in this action.

4  Dated: 2/4/09                           GREBEN & ASSOCIATES

                                           _____
                                           JAN A. GREBEN
                                           JENNA L. MOTOLA
                                           Co-Counsel for Defendants, Cross-
                                           Claimants and Counter-Claimants NAM
                                           SUN PARK and SEUNG HEE PARK

12 Dated:
                                           _____
                                           NAM SUN PARK

15 Dated:
                                           _____
                                           SEUNG HEE PARK

21  **IT IS SO ORDERED.**

23 Dated: 2/6/2009

IT IS SO ORDERED
Judge Marilyn H. Patel

2
STIPULATION FOR WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER