KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and
JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>    Plaintiffs | ) ) ) ) ) |
| | CASE NO. C 07-5354 MHP |
| | ) ) ) |
| | JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER |
| DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK, | ) ) ) ) |
| | DATE:  April 20, 2009 |
|     Defendants. | TIME:  3:00 p.m. |
| AND RELATED COUNTERCLAIMS AND CROSSCLAIMS. | ) ) ) |

Pursuant to this Court's Civil Local Rule ("Civ. L.R.") 16-9, the parties jointly submit this Status/Case Management Statement, Stipulation, and Proposed Order. Each party certifies that its lead trial counsel, who will try this case, met and conferred for the preparation of this

1

1  Statement as required by Civ. L.R. 16-3.

2       The parties make the following representations and stipulations:

3  **A. JOINT STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

4       1.    A report on additional investigation and a proposed Soil Vapor Extraction Pilot Study

5  Workplan ("Workplan") was prepared and submitted to the Alameda County Division of

6
7  Environmental Health ("ACDEH"), reviewed by ACDEH, and approved by ACDEH, subject to

8  certain conditions and additional provisions, and a revised Workplan has been submitted to and

9  approved by ACDEH..

10       2.    Since May, 2008, a stay has been in effect upon agreements of the parties and orders

11  of this Court until April 15, 2009, and a Status/Case Management Conference has been scheduled

12  for April 20, 2009, at 3:00 p.m.

13
14       3.    The Plaintiffs, the Perrys Defendants, the Parks Defendants and the Chiu Family

15  Trust Cross-Defendant have been in compliance with their agreement to contribute to and share

16  certain costs reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge

17  Laporte.

18       4.    The Plaintiffs, the Perrys Defendants, the Parks Defendants, Cross-Defendant the

19  Chiu Family Trust, and Cross-Defendants Dublin Town & Country Associates and William

20
21  Kartozian, a general partner in Dublin Town & Country Associates, have all been in compliance

22  with the stay which was part of their agreement reached at the time of the May 1, 2008, Settlement

23  Conference before Magistrate Judge Laporte, and which stay has been extended by further

24  agreement and orders of the Court.

25       5.    The parties are currently negotiating a further agreement to contribute to and share

26
27  the additional costs that will be required to implement the revised, approved Workplan.

28

2

JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER
*Burrows and Roessler v. Perry, et al.*
*Case No. 3:07-cv-05354-MHP*

6.     The parties anticipate reaching such further agreement shortly, and thereafter anticipate implementation of the revised Workplan immediately thereafter, to be conducted in May, June and July, 2009.  The parties anticipate that the results of that implementation will be reported in August, 2009.

7.     With the purpose of minimizing costs to the parties and the waste of time of this Court, all the parties hereby stipulate to a further continuance of the stay and rescheduling of the Status/Case Management Conference before the Court.

**B. IDENTIFICATION AND <u>SIGNATURE</u> OF LEAD TRIAL COUNSEL**

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until October 15, 2009.  The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in October, 2009, shortly before October 15, 2009, for example Monday, October 5, 2009, or such other date that is convenient to the Court.

Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

SEN # 212424

For Martin Deutsch

Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

3

6.      The parties anticipate reaching such further agreement shortly, and thereafter anticipate implementation of the revised Workplan immediately thereafter, to be conducted in May, June and July, 2009.  The parties anticipate that the results of that implementation will be reported in August, 2009.

7.      With the purpose of minimizing costs to the parties and the waste of time of this Court, all the parties hereby stipulate to a further continuance of the stay and rescheduling of the Status/Case Management Conference before the Court.

## B. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until October 15, 2009.  The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in October, 2009, shortly before October 15, 2009, for example Monday, October 5, 2009, or such other date that is convenient to the Court.

Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

3

JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER
*Burrows and Roessler v. Perry, et al.*
*Case No. 3:07-cv-05354-MHP*

Date:   April _10_, 2009

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By _Karl R. Morthole_

    Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

## ~~(PROPOSED)~~ ORDER

    The court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Status/Case Management Statement, Stipulation, and (Proposed) Order filed prior to the date of this conference.  The court adopts this statement as modified and enters it as the Order of this court pursuant to Civ. L.R. 16-8(b).

    The foregoing joint statement, as amended by setting the date for the next Status/Case Management Conference for October _19_, 2009, at 3:00 p.m. is adopted by this court as the Case Management Order in this action in accordance with Civ. L.R. 16 and other applicable Local Rules, and shall govern all further proceedings in this action.

    IT IS SO ORDERED.

Date:  _4/16/2009_

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>        Plaintiffs | ) ) ) ) | CASE NO. C 07-5354 MHP |
| | ) ) | CERTIFICATE OF SERVICE |
| DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br>        Defendants. | ) ) ) ) ) ) ) | |

I declare that on the date set forth below, I served the attached

**JOINT STATUS/CASE MANAGEMENT STATEMENT,
STIPULATION, AND (PROPOSED) ORDER**

by e-filing on all parties by their counsel so appearing.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date hereinafter set forth.

San Francisco, CA
Date:  April 10, 2009

_/s/_ **Karl R. Morthole**
Karl R. Morthole

1