KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and
JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>    Plaintiffs<br><br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSSCLAIMS. | CASE NO. C 07-5354 MHP<br><br>JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND ~~(PROPOSED)~~ ORDER<br><br>DATE: April 19, 2010<br><br>TIME: 3:00 p.m. |

Pursuant to this Court's Civil Local Rule ("Civ. L.R.") 16-9, the parties jointly submit this Status/Case Management Statement, Stipulation, and Proposed Order. Each party certifies that its lead trial counsel, who will try this case, met and conferred for the preparation of this

1
**JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER**
*Burrows and Roessler v. Perry, et al.*
*Case No. 3:07-cv-05354-MHP*

Statement as required by Civ. L.R. 16-3.

The parties make the following representations and stipulations:

**A. JOINT STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

1. The Soil Vapor Extraction Pilot Study Workplan ("Workplan"), which was approved by the Alameda County Division of Environmental Health ("ACDEH"), has been implemented. Results and completion of the Workplan were completed as anticipated in the 1st quarter of 2010. At a meeting of the parties and ACDEH representatives in mid-February, 2010, it was agreed to submit a supplemental workplan for some additional sampling, and that workplan was submitted to ACDEH by the parties' consultant. Recently, the ACDEH has responded that it needs until some time in mid-April, 2010, to comment. Once comments are received and the supplemental workplan approved, certain additional samples will be taken and a supplemental report will be made to ACDEH. If the data is below regulatory levels, there is increased likelihood the ACDEH could declare closure, leaving only the issue of final cost-sharing to be determined.

2. Since May, 2008, a stay has been in effect upon agreements of the parties and orders of this Court until April 15, 2010, and a Status/Case Management Conference has been scheduled for April 19, 2010, at 3:00 p.m.

3. The Plaintiffs, the Perrys Defendants, the Parks Defendants and the Chiu Family Trust Cross-Defendant have been in compliance with their agreement to contribute to and share certain costs reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte, and since that time reached further agreements to contribute to and share the additional costs required to implement the work at the site.

4. The Plaintiffs, the Perrys Defendants, the Parks Defendants, Cross-Defendant the Chiu Family Trust, and Cross-Defendants Dublin Town & Country Associates and William

Kartozian, a general partner in Dublin Town & Country Associates, have all been in compliance with the stay which was part of their agreement reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte, and which stay has been extended by further agreement and orders of the Court.

5. With the purpose of minimizing costs to the parties and the waste of time of this Court, all the parties hereby stipulate to a further continuance of the stay and rescheduling of the Status/Case Management Conference before the Court.

**B. IDENTIFICATION AND <u>SIGNATURE</u> OF LEAD TRIAL COUNSEL**

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until October 15, 2010. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in October, 2010, shortly before or after October 15, 2010, for example Monday, October 18, 2010, or such other date that is convenient to the Court.

Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

---

Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

---

Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

---

Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

---

Greggory C. Brandt, 1111Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

_____
Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]


_____
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]


_____
Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]


_____
Greggory C. Brandt, 1111Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]


Date:   April 12, 2010

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By: _____
    Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

[Note: Mr. Deutsch signed and returned this page which was "re-formatted" but identical in content to the Joint Statement. Karl R. Morthole]

**(PROPOSED) ORDER**

Kartozian, a general partner in Dublin Town & Country Associates, have all been in compliance with the stay which was part of their agreement reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte, and which stay has been extended by further agreement and orders of the Court.

5. With the purpose of minimizing costs to the parties and the waste of time of this Court, all the parties hereby stipulate to a further continuance of the stay and rescheduling of the Status/Case Management Conference before the Court.

## B. IDENTIFICATION AND <u>SIGNATURE</u> OF LEAD TRIAL COUNSEL

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until October 15, 2010. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in October, 2010, shortly before or after October 15, 2010, for example Monday, October 18, 2010, or such other date that is convenient to the Court.

Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

3
JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER
*Burrows and Roessler v. Perry, et al.*
Case No. 3:07-cv-05354-MHP

Kartozian, a general partner in Dublin Town & Country Associates, have all been in compliance with the stay which was part of their agreement reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte, and which stay has been extended by further agreement and orders of the Court.

5. With the purpose of minimizing costs to the parties and the waste of time of this Court, all the parties hereby stipulate to a further continuance of the stay and rescheduling of the Status/Case Management Conference before the Court.

## B. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until October 15, 2010. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in October, 2010, shortly before or after October 15, 2010, for example Monday, October 18, 2010, or such other date that is convenient to the Court.

Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

---
Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

---
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

*[signature]*
Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

---
Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Kartozian, a general partner in Dublin Town & Country Associates, have all been in compliance with the stay which was part of their agreement reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte, and which stay has been extended by further agreement and orders of the Court.

5.  With the purpose of minimizing costs to the parties and the waste of time of this Court, all the parties hereby stipulate to a further continuance of the stay and rescheduling of the Status/Case Management Conference before the Court.

## B. IDENTIFICATION AND <u>SIGNATURE</u> OF LEAD TRIAL COUNSEL

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until October 15, 2010. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in October, 2010, shortly before or after October 15, 2010, for example Monday, October 18, 2010, or such other date that is convenient to the Court.

Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

_____
Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

_____
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

_____
Edward W. Polson, 5000 Hopyard Road, Suite 400, Pleasanton, CA 94588, 925-225-9600
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

_____
Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]
3
JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER
*Burrows and Roessler v. Perry, et al.*
*Case No. 3:07-cv-05354-MHP*

Date:   April 12, 2010

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By /s/ Karl R. Morthole
    Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

## (PROPOSED) ORDER

The court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Status/Case Management Statement, Stipulation, and (Proposed) Order filed prior to the date of this conference. The court adopts this statement as modified and enters it as the Order of this court pursuant to Civ. L.R. 16-8(b).

The foregoing joint statement, as amended by setting the date for the next Status/Case Management Conference for October 18, 2010, is adopted by this court as the Case Management Order in this action in accordance with Civ. L.R. 16 and other applicable Local Rules, and shall govern all further proceedings in this action.

IT IS SO ORDERED.

Date: __4/19/2010_____   _____
    IT IS SO ORDERED
    Judge Marilyn H. Patel

KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>  Plaintiffs<br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br>  Defendants. | CASE NO. C 07-5354 MHP<br><br>CERTIFICATE OF SERVICE |

I declare that on the date set forth below, I served the attached

**JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER**

by e-filing on all parties by their counsel so appearing.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date hereinafter set forth.


San Francisco, CA           /s/ **Karl R. Morthole**
Date: April 12, 2010              Karl R. Morthole