KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and
JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>    Plaintiffs<br><br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSSCLAIMS. | CASE NO. C 07-5354 MHP<br><br>JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND ~~(PROPOSED)~~ ORDER<br><br>DATE: October 18, 2010<br><br>TIME: 3:00 p.m. |

    Pursuant to this Court's Civil Local Rule ("Civ. L.R.") 16-9, the parties jointly submit this Status/Case Management Statement, Stipulation, and Proposed Order.  Each party certifies that its lead trial counsel, who will try this case, met and conferred for the preparation of this

1
**JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER**
*Burrows and Roessler v. Perry, et al.*
*Case No. 3:07-cv-05354-MHP*

Statement as required by Civ. L.R. 16-3.

The parties make the following representations and stipulations:

**A. JOINT STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

1. The Soil Vapor Extraction Pilot Study Workplan ("Workplan"), which was approved by the Alameda County Division of Environmental Health ("ACDEH"), has been implemented. The original actions and installations under the Workplan were completed as anticipated in the 1st quarter of 2010. Thereafter, in mid-February, 2010, it was agreed to submit a supplemental workplan for some additional sampling, and that supplemental workplan was submitted to ACDEH by the parties' consultant. The ACDEH responded it needed some time to comment, which it did. The parties met with ACDEH in spring, 2010, the supplemental workplan was approved, certain additional monitoring wells were installed, samples were taken, a supplemental report was made and another two, semi-annual rounds of sampling were agreed to. Reporting on the new sampling – the first of two semi-annual rounds -- was made very recently, and ACDEH has not yet reviewed that reporting. The second of the currently-agreed semi-annual sampling is planned for December. Depending on the results, another round or rounds of sampling may be requested by ACDEH. The parties remain hopeful that if the data is below regulatory levels, there is increased likelihood the ACDEH could declare closure, leaving only the issue of final cost-sharing to be determined. If, however, data is higher than hoped for, further remedial action may be needed.

2. Since May, 2008, a stay has been in effect upon agreements of the parties and orders of this Court until October 15, 2010, and a Status/Case Management Conference has been scheduled for October 18, 2010, at 3:00 p.m.

///

///

3. The Plaintiffs, the Perrys Defendants, the Parks Defendants and the Chiu Family Trust Cross-Defendant have been in compliance with their agreement to contribute to and share certain costs, which agreement was reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte. Since that time they have reached further agreements to contribute to and share in the additional costs required to implement the work at the site. Payments by each of the contributing parties have been recorded as made, as have expenditures for the costs, and will continue to be accounted for, for future reference.

4. The Plaintiffs, the Perrys Defendants, the Parks Defendants, Cross-Defendant the Chiu Family Trust, and Cross-Defendants Dublin Town & Country Associates and William Kartozian, a general partner in Dublin Town & Country Associates, have all been in compliance with the stay which was part of their agreement reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte, and which stay has been extended by further agreement and orders of the Court.

5. With the purpose of minimizing costs to the parties and the waste of time of this Court, all the parties hereby stipulate to a further continuance of the stay and rescheduling of the Status/Case Management Conference before the Court.

**B. IDENTIFICATION AND <u>SIGNATURE</u> OF LEAD TRIAL COUNSEL**

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until April 15, 2011. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in April, 2011, shortly before or after April 15, 2011, for example Monday, April 18, 2011, or such other date that is convenient to the Court. Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

*Martin Deutsch by KRM with permission*
Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

_____
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

*Edward W. Polson by KRM with permission*
Edward W. Polson, PO Box 1223, 31 Graeagle Meadows, Graeagle, CA 96103, 530-836-1255
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

_____
Greggory C. Brandt, 1111Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date:   October 8, 2010

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By *Karl R. Morthole*
    Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

/ / /

/ / /

4
**JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER**
*Burrows and Roessler v. Perry, et al.*
*Case No. 3:07-cv-05354-MHP*

Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

_/s/_

Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

Edward W. Polson, PO Box 1223, 31 Graeagle Meadows, Graeagle, CA 96103, 530-836-1255
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

Greggory C. Brandt, 1111Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date:   October ___, 2010

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By_____
     Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com


///

///

_____
Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

_____
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

_____
Edward W. Polson, PO Box 1223, 31 Graeagle Meadows, Graeagle, CA 96103, 530-836-1255
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

_____
Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date: October ___, 2010

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By_____
   Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

///

///

**(PROPOSED) ORDER**

The court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Status/Case Management Statement, Stipulation, and (Proposed) Order filed prior to the date of this conference. The court adopts this statement as modified and enters it as the Order of this court pursuant to Civ. L.R. 16-8(b).

The foregoing joint statement, as amended by setting the date for the next Status/Case Management Conference for April 11, 2011, is adopted by this court as the Case Management Order in this action in accordance with Civ. L.R. 16 and other applicable Local Rules, and shall govern all further proceedings in this action.

IT IS SO ORDERED.

Date: 10/12/2010



IT IS SO ORDERED
Judge Marilyn H. Patel

KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>    Plaintiffs<br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br>    Defendants. | CASE NO. C 07-5354 MHP<br><br>CERTIFICATE OF SERVICE |

I declare that on the date set forth below, I served the attached

**JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER**

by e-filing on all parties by their counsel so appearing.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date hereinafter set forth.


San Francisco, CA                               /s/  **Karl R. Morthole**
Date:  October 8, 2010                                Karl R. Morthole

1