KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and
JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>    Plaintiffs<br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSSCLAIMS. | CASE NO. C 07-5354 MHP<br><br>JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER<br><br>DATE: April 11, 2011<br><br>TIME: 3:00 p.m.<br><br>PLACE: Crt #15, 18th Floor |

Pursuant to this Court's Civil Local Rule ("Civ. L.R.") 16-9, the parties jointly submit this Status/Case Management Statement, Stipulation, and Proposed Order. Each party certifies that its lead trial counsel, who will try this case, met and conferred for the preparation of this

///

Statement as required by Civ. L.R. 16-3.

The parties make the following representations and stipulations:

**A. JOINT STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

1. The supplemental Soil Vapor Extraction Pilot Study Workplan ("Supplemental Workplan"), which was approved by the Alameda County Division of Environmental Health ("ACDEH"), has been implemented. The original actions and installations were completed as anticipated in 2010. Thereafter, the Supplemental Workplan was approved, certain additional monitoring wells were installed, and two more rounds of samples were taken. Reporting on the new sampling – the second of two semi-annual rounds -- was made very recently, and ACDEH has not yet reviewed that reporting. Unfortunately, there may be some delay in ACDEH review due to partial re-assignment of the agency project manager, and increased workload. The parties remain hopeful that ACDEH could declare closure, leaving only the issue of final cost-sharing to be determined. ACDEH review is hoped for in the next few months.

2. Since May, 2008, a stay has been in effect upon agreements of the parties and orders of this Court until April 15, 2011, and a Status/Case Management Conference has been scheduled for April 11, 2011, at 3:00 p.m.

3. The Plaintiffs, the Perrys Defendants, the Parks Defendants and the Chiu Family Trust Cross-Defendant (the "Cost-Sharing Parties") have been in compliance with their agreement to contribute to and share certain costs, which agreement was reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte. Since that time they have reached further agreements to contribute to and share in the additional costs required to implement the work at the site. Payments by each of the Cost-Sharing Parties have been recorded as made, as have

///

expenditures for the costs, and will continue to be accounted for, for future reference. Monies remain in the agreed contribution account, however, the monies may need replenishment soon. It is hoped that the monies that remain available will be sufficient to cover needed work up to the time ACDEH can complete its review and declare closure.

4.  The Plaintiffs, the Perrys Defendants, the Parks Defendants, Cross-Defendant the Chiu Family Trust, and Cross-Defendants Dublin Town & Country Associates and William Kartozian, a general partner in Dublin Town & Country Associates, have all been in compliance with the stay which was part of their agreement reached at the time of the May 1, 2008, Settlement Conference before Magistrate Judge Laporte, and which stay has been extended by further agreement and orders of the Court.

5.  With the purpose of minimizing costs to the parties and the waste of time of this Court, all the parties hereby stipulate to a further continuance of the stay and rescheduling of the Status/Case Management Conference before the Court.

## B. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL

The parties hereby respectfully request that the Court continue the stay previously ordered in the case until October 15, 2011. The parties further respectfully request that the Court reschedule the pending Status/Case Management Conference to a date in October, 2011, shortly before or after October 15, 2011, for example Monday, October 17, 2011, or such other date that is convenient to the Court. Karl R. Morthole hereby attests that concurrence in this Joint Case Management Conference Statement was obtained from Lead Trial Counsel for the Defendants listed immediately below.

///

///

*[signature]*

Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

_____

Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

_____

Edward W. Polson, PO Box 1223, 31 Graeagle Meadows, Graeagle, CA 96103, 530-836-1255
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

_____

Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date: ~~March~~ April 1, KRM, 2011

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By *[signature]*
    Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com


///

///

4

Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

_____

Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

_____

Edward W. Polson, PO Box 1223, 31 Graeagle Meadows, Graeagle, CA 96103, 530-836-1255
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

_____

Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date: March ___, 2011      *April 1, 2011 /krm*

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By _____
Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

///

///

4
JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER
Burrows and Roessler v. Perry, et al.
Case No. 3:07-cv-05354-MHP

Martin Deutsch, 440 North First Street, Suite 200, San Jose, CA 95112, 408-947-1760
[Parks Defendants Lead Trial Counsel]

Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Perrys Defendants Lead Trial Counsel]

*Edward W. Polson (w/permission - KRM)*
Edward W. Polson, PO Box 1223, 31 Graeagle Meadows, Graeagle, CA 96103, 530-836-1255
[Chiu Family Trust Cross-Defendant Lead Trial Counsel]

*Greggory C. Brandt (w/permission KRM)*
Greggory C. Brandt, 1111Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Dublin Town & Country Associates and William Kartozian Cross-Defendants Lead Trial Counsel]

Date: April 1, 2011

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By */s/ Karl R. Morthole*
    Karl R. Morthole
Lead Trial Counsel for Plaintiffs
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227
karl@mortholelaw.com

/ / /

/ / /

4
**JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER**
*Burrows and Roessler v. Perry, et al.*
*Case No. 3:07-cv-05354-MHP*

## ~~(PROPOSED)~~ ORDER

The court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Status/Case Management Statement, Stipulation, and (Proposed) Order filed prior to the date of this conference. The court adopts this statement as modified and enters it as the Order of this court pursuant to Civ. L.R. 16-8(b).

The foregoing joint statement, as amended by setting the date for the next Status/Case Management Conference for October 31, 2011, is adopted by this court as the Case Management Order in this action in accordance with Civ. L.R. 16 and other applicable Local Rules, and shall govern all further proceedings in this action.

IT IS SO ORDERED.

Date: 4/4/2011



IT IS SO ORDERED
Judge Marilyn H. Patel

KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 801
San Francisco, CA 94104
(415) 986-0227

Attorney for Plaintiffs
BRUCE A. BURROWS and JAMES A. ROESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>    Plaintiffs<br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br>    Defendants. | CASE NO. C 07-5354 MHP<br><br>CERTIFICATE OF SERVICE |

I declare that on the date set forth below, I served the attached

**JOINT STATUS/CASE MANAGEMENT STATEMENT, STIPULATION, AND (PROPOSED) ORDER**

by e-filing on all parties by their counsel so appearing.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date hereinafter set forth.


San Francisco, CA                      /s/ **Karl R. Morthole**
Date: April 1, 2011                      Karl R. Morthole