```
KARL R. MORTHOLE (CA Bar #112565)
Law Offices of Karl R. Morthole
57 Post Street
Suite 804
San Francisco, CA 94104
(415) 986-0227
Attorney for Plaintiffs
BRUCE A. BURROWS and
JAMES A. ROESSLER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER,<br>　　　Plaintiffs<br><br>　　　v.<br><br>DWIGHT W. PERRY, CARLETON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK,<br><br>　　　Defendants. | CASE NO. C 07-5354 EMC<br><br>VOLUNTARY JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, AND (~~PROPOSED~~) ORDER<br><br>DATE: May 24, 2016<br><br>TIME: 2:30 p.m.<br><br>PLACE: Crt #5, 17th Floor |
| AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS. | |

Plaintiffs Bruce A. Burrows and James A. Roessler (the "Plaintiffs"), Defendants Dwight W. Perry, Carlton L. Perry, Nam Sun Park and Seung Hee Park (the "Appearing Defendants" [1]) and Cross-Defendants Dublin Town & Country Associates and William Kartozian and the Chiu Family Trust (the "Cross-Defendants" [2]), hereafter collectively "the Parties," all[1], and by and through their attorneys, agree and stipulate as follows:

---

[1] Defendants Nam Sun Park and Seung Hee Park, recently released their counsel and they have signed *pro se*. Defendants Kwang Suk Lee and Kui Ja Lee, though named in the Complaint, never appeared in this action.

[2] Counsel for Cross-Defendant the Chiu Family Trust has passed away, his replacement has retired, and no further replacement counsel has yet appeared in the case; consequently, the trustee, Gabriel Chiu, has signed *pro se*.

1

VOLUNTARY JOINT STIPULATION FOR DISMISSAL W/O PREJUDICE AND (PROPOSED) ORDER
Burrows and Roessler v. Perry, et al.
Case No. 3:07-cv-05354-EMC

Pursuant to Fed. Rules Civ Proc. Rule 41(a)(1)(A)(ii) and Rule 41(c), the Plaintiffs, the Appearing Defendants and the Cross-Defendants, pursuant to this stipulation of dismissal signed on behalf of all the Parties who have appeared, hereby voluntarily dismiss any and all claims, counter-claims, and cross-claims in this action. Such voluntary dismissals shall be without prejudice, with each of the Parties to bear its own costs and fees.

All the Parties expressly intend that the dismissals pursuant hereto will have no preclusive effect whatsoever on any future litigation that is based on the alleged occurrence or recurrence of any claim, fact, or circumstance at issue in the present case or related to the present case.

Each of the undersigned certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Voluntary Joint Stipulation for Dismissal Without Prejudice.

_____ Date _____
Nam Sun Park and Seeung Hee Park, Defendants, Cross-Defendants, Counter-Complainants & Cross-Complainants, 7272 San Ramon Road, Dublin, CA 94568, 925-784-8276 [ *Pro Se* ].

_____ Date _____
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Lead Trial Counsel for the Perrys Defendants & Cross-Complainants & Cross-Defendants]

_____ Date _____
Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Lead Trial Counsel for the Dublin Town & Country Associates and William Kartozian Cross-Defendants]

_____ Date _____
Gabriel Chiu, Trustee for the Chiu Family Trust, Cross-Defendant, 1767 Germano Way, Pleasanton, CA 94566, 925-963-0898 [ *Pro Se* ].

Date: May 16, 2016                    Respectfully submitted,

                                      LAW OFFICES OF KARL R. MORTHOLE

                                      By _Karl R. Morthole_
                                      Karl R. Morthole
                                      Lead Trial Counsel for Plaintiffs

2
VOLUNTARY JOINT STIPULATION FOR DISMISSAL W/O PREJUDICE AND (PROPOSED) ORDER
Burrows And Koessler v. Perry, et al.
Case No. 3:07-cv-05354-EMC

Pursuant to Fed. Rules Civ. Proc. Rule 41(a)(1)(A)(ii) and Rule 41(c), the Plaintiffs, the Appearing Defendants and the Cross-Defendants, pursuant to this stipulation of dismissal signed on behalf of all the Parties who have appeared, hereby voluntarily dismiss any and all claims, counter-claims, and cross-claims in this action. Such voluntary dismissals shall be without prejudice, with each of the Parties to bear its own costs and fees.

All the Parties expressly intend that the dismissals pursuant hereto will have no preclusive effect whatsoever on any future litigation that is based on the alleged occurrence or recurrence of any claim, fact, or circumstance at issue in the present case or related to the present case.

Each of the undersigned certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Voluntary Joint Stipulation for Dismissal Without Prejudice.

*/s/ Nam Sun Park   Seung Hee Park*   Date 5/18/16
Nam Sun Park and Seung Hee Park, Defendants, Cross-Defendants, Counter-Complainants & Cross-Complainants, 7272 San Ramon Road, Dublin, CA 94568, 925-784-8276 [ *Pro Se* ].

_____   Date _____
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Lead Trial Counsel for the Perrys Defendants & Cross-Complainants & Cross-Defendants]

_____   Date _____
Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Lead Trial Counsel for the Dublin Town & Country Associates and William Kartozian Cross-Defendants]

_____   Date _____
Gabriel Chiu, Trustee for the Chiu Family Trust, Cross-Defendant, 1767 Germano Way, Pleasanton, CA 94566, 925-963-0898 [ *Pro Se* ].

Date: May 16, 2016

Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By /s/ Karl R. Morthole
Karl R. Morthole
Lead Trial Counsel for Plaintiffs

2
VOLUNTARY JOINT STIPULATION FOR DISMISSAL W/O PREJUDICE AND (PROPOSED) ORDER
*Burrows and Roversi-or v. Perry, et al.*
*Case No. 3:07-cv-05354-EMC*

Pursuant to Fed. Rules Civ. Proc. Rule 41(a)(1)(A)(ii) and Rule 41(c), the Plaintiffs, the Appearing Defendants and the Cross-Defendants, pursuant to this stipulation of dismissal signed on behalf of all the Parties who have appeared, hereby voluntarily dismiss any and all claims, counter-claims, and cross-claims in this action. Such voluntary dismissals shall be without prejudice, with each of the Parties to bear its own costs and fees.

All the Parties expressly intend that the dismissals pursuant hereto will have no preclusive effect whatsoever on any future litigation that is based on the alleged occurrence or recurrence of any claim, fact, or circumstance at issue in the present case or related to the present case.

Each of the undersigned certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Voluntary Joint Stipulation for Dismissal Without Prejudice.

_____ Date _____
Nam Sun Park and Seeung Hee Park, Defendants, Cross-Defendants, Counter-Complainants & Cross-Complainants, 7272 San Ramon Road, Dublin, CA 94568, 925-784-8276 [ *Pro Se* ].

_____ Date 5/17/2016
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Lead Trial Counsel for the Perrys Defendants & Cross-Complainants & Cross-Defendants]

_____ Date _____
Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Lead Trial Counsel for the Dublin Town & Country Associates and William Kartozian Cross-Defendants]

_____ Date _____
Gabriel Chiu, Trustee for the Chiu Family Trust, Cross-Defendant, 1767 Germano Way, Pleasanton, CA 94566, 925-963-0898 [ *Pro Se* ].

Date: May 16, 2016                              Respectfully submitted,

                                                LAW OFFICES OF KARL R. MORTHOLE

                                                By _____
                                                    Karl R. Morthole
                                                    Lead Trial Counsel for Plaintiffs

2
**VOLUNTARY JOINT STIPULATION FOR DISMISSAL W/O PREJUDICE AND (PROPOSED) ORDER**
*Burrows and Roessler v. Perry, et al.*
Case No. 3:07-cv-05354-EMC

Pursuant to Fed. Rules Civ. Proc. Rule 41(a)(1)(A)(ii) and Rule 41(c), the Plaintiffs, the Appearing Defendants and the Cross-Defendants, pursuant to this stipulation of dismissal signed on behalf of all the Parties who have appeared, hereby voluntarily dismiss any and all claims, counter-claims, and cross-claims in this action. Such voluntary dismissals shall be without prejudice, with each of the Parties to bear its own costs and fees.

All the Parties expressly intend that the dismissals pursuant hereto will have no preclusive effect whatsoever on any future litigation that is based on the alleged occurrence or recurrence of any claim, fact, or circumstance at issue in the present case or related to the present case.

Each of the undersigned certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Voluntary Joint Stipulation for Dismissal Without Prejudice.

_____   Date _____
Nam Sun Park and Seeung Hee Park, Defendants, Cross-Defendants, Counter-Complainants & Cross-Complainants, 7272 San Ramon Road, Dublin, CA 94568, 925-784-8276 [ *Pro Se* ].

_____   Date _____
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Lead Trial Counsel for the Perrys Defendants & Cross-Complainants & Cross-Defendants]

/s/ Gregory C. Brandt   Date 5/17/2016
Gregory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Lead Trial Counsel for the Dublin Town & Country Associates and William Kartozian Cross-Defendants]

_____   Date _____
Gabriel Chiu, Trustee for the Chiu Family Trust, Cross-Defendant, 1767 Germano Way, Pleasanton, CA 94566, 925-963-0898 [ *Pro Se* ]

Date May 16, 2016   Respectfully submitted,

LAW OFFICES OF KARL R. MORTHOLE

By /s/ Karl R. Morthole
Karl R. Morthole
Lead Trial Counsel for Plaintiffs

2.
VOLUNTARY JOINT STIPULATION FOR DISMISSAL W/O PREJUDICE AND (PROPOSED) ORDER

1  Pursuant to Fed. Rules Civ. Proc. Rule 41(a)(1)(A)(ii) and Rule 41(c), the Plaintiffs, the
2  Appearing Defendants and the Cross-Defendants, pursuant to this stipulation of dismissal signed on
3  behalf of all the Parties who have appeared, hereby voluntarily dismiss any and all claims, counter-
4  claims, and cross-claims in this action. Such voluntary dismissals shall be without prejudice, with
5  each of the Parties to bear its own costs and fees.

All the Parties expressly intend that the dismissals pursuant hereto will have no preclusive effect whatsoever on any future litigation that is based on the alleged occurrence or recurrence of any claim, fact, or circumstance at issue in the present case or related to the present case.

Each of the undersigned certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Voluntary Joint Stipulation for Dismissal Without Prejudice.

_____  Date _____
Nam Sun Park and Seeung Hee Park, Defendants, Cross-Defendants, Counter-Complainants & Cross-Complainants, 7272 San Ramon Road, Dublin, CA 94568, 925-784-8276 [ *Pro Se* ].

_____  Date _____
Thomas M. Downey, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, 510-444-6800
[Lead Trial Counsel for the Perrys Defendants & Cross-Complainants & Cross-Defendants]

_____  Date _____
Greggory C. Brandt, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036, 510-834-6600
[Lead Trial Counsel for the Dublin Town & Country Associates and William Kartozian Cross-Defendants]

*/s/ Gabriel Chiu*  Date 5-23-2016
Gabriel Chiu, Trustee for the Chiu Family Trust, Cross-Defendant, 1767 Germano Way, Pleasanton, CA 94566, 925-963-0898 [ *Pro Se* ].

Date: May 16, 2016            Respectfully submitted,

                              LAW OFFICES OF KARL R. MORTHOLE

                              By */s/ Karl R. Morthole*
                              Karl R. Morthole
                              Lead Trial Counsel for Plaintiffs

2
VOLUNTARY JOINT STIPULATION FOR DISMISSAL W/O PREJUDICE AND (PROPOSED) ORDER
Burrows and Roessler v. Perry, et al.
Case No. 3:07-cv-05354-EMC

## (~~PROPOSED~~) ORDER

The Court finds that each of the Parties has agreed and stipulated to and has been given an opportunity to be heard as to all matters encompassed by this Voluntary Joint Stipulation for Dismissal and (Proposed) Order filed prior to the date of this Order. The Court adopts this statement as modified and enters it as the Order of this Court pursuant to Civ. L.R. 16-8(b).

The foregoing joint stipulation is adopted by this Court as its Order in this action in accordance with Civ. L.R. 16 and other applicable Local Rules, and this action is hereby dismissed without prejudice.

IT IS SO ORDERED.

Date: 5/23/2016

Edward M. Chen,
United States District Judge